UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

    Petitioner,

vs.

Civil Action No.: 06 1941 RMU

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

_____)

### PETITIONER'S NOTICE OF APPEARANCE

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Notice of Appearance, pursuant to LCvR 83.6, and also pursuant to the attached notice from the clerk, and states that Petitioner, at this time, is appearing pro se.

As a supplement to his brief, Petitioner requests that this Court take judicial notice of the attached notice, which states, specifically: "*Denotes attorney not a member of the bar of the U.S. District Court for the District of Columbia."

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
717 D Street, NW
Suite 311
Washington, D.C. 20004
202-321-7969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the sixteenth day of November, 2006, the original and one copy of the foregoing were filed with the clerk, and that a copy was mailed, via U.S. mail to: Song E. Park, Esquire, U.S. Department of Justice, P.O. Box 878, Washington, D.C. 20044.

_____
Anthony E. Ramos, pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

v.                                              Civil Action No. 06 1941

U.S. DEPT. OF JUSTICE, ET AL                    NOV 14 2006

The above entitled action, transferred from the U.S. District Court for the of APPEALS FOR THE D.C. CIRCUIT, has been received and filed. It was assigned to Judge URBINA, J. RMU. All subsequent pleadings filed must contain both our civil action number and the initials of the judge assigned this action.

To assist the Clerk's Office in properly recording all counsel of record and to ensure that each counsel entered is authorized to practice before this Court pursuant to Local Civil Rule 83.8, counsel for all parties must enter their appearance in accordance with our Local Civil Rule 83.6. Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
Deputy Clerk

cc: ANTHONY RAMOS
SONG PARK
BOARD OF IMMIGRATION APPEALS
EXEC. OFFICE FOR IMMIGRATION REVIEW

*Denotes attorney not a member of the bar of the U.S. District Court for the District of Columbia