UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

    Petitioner,

vs.

                                              Civil Action No.: 06 1941

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

---

## PETITIONER'S REQUEST FOR ORAL ARGUMENT

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Request for Oral Argument, pursuant to LCvR 78.1, and requests oral argument on the petition.

                                              RESPECTFULLY SUBMITTED,

                                              Anthony E. Ramos, pro se
                                              717 D Street, NW
                                              Suite 311
                                              Washington, D.C. 20004
                                              202-321-7969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the sixteenth day of November, 2006, the original and one copy of the foregoing were filed with the clerk, and that a copy was mailed, via U.S. mail to: Song E. Park, Esquire, U.S. Department of Justice, P.O. Box 878, Washington, D.C. 20044.

_____
Anthony E. Ramos