UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


ANTHONY E. RAMOS

           Petitioner,

vs.                                        Civil Action No.: 06 1941 (JU)


EXECUTIVE OFFICE OF IMMIGRATION          RECEIVED
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION             JAN 2 6 2007
APPEALS
                                         NANCY MAYER WHITTINGTON, CLERK
                                              U.S. DISTRICT COURT
           Respondents.

_____

## PETITIONER'S NOTICE OF CHANGE OF ADDRESS AND REQUEST FOR FURTHER INTRUCTIONS FROM THE CLERK

COMES NOW, the Petitioner, Anthony E. Ramos, pro se, and files this Notice of

Change of Address and Request for Further Instructions from the Clerk, and states:

1. The clerk and all interested parties should send any further pleadings and

correspondence to the Petitioner at: 1805 Key Blvd., Apt. 513, Arlington, VA 22201.

2. The Respondents have avoided serving papers by regular mail, as the rules provide,

instead choosing to use Federal Express. The Petitioner, however, hereby notifies the

Court and all interested parties that, since he is appearing pro se, and further, since his

job, which largely involves political fundraising, requires him to work odd hours and to

travel regularly, it is unlikely that he will ever be available to receive and sign for Federal

Express packages. In that regard, the Petitioner, thereby, informs this Clerk and all

interested parties that, while he cannot prevent the Respondents from using Federal

Express, the said Respondents should, consistent with the mailing rules, also mail copies

of any pleadings and correspondence to the Petitioner by regular mail. In addition, should

the Respondents continue to use Federal Express, the Respondents should note on the

airbill, that the delivery can be made without the signature of the Petitioner.

3. Finally, the Petitioner requests further information from the Clerk of Court, as to

whether this case should be registered on the Court's online case program, and if so,

further requests of the Clerk further instructions as to how to proceed with the

registration.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the twenty-fifth day of January, 2006, the original and
three copies of the foregoing were filed with the clerk, and that two copies were mailed,
via U.S. mail to: Song E. Park, Esquire, U.S. Department of Justice, P.O. Box 878,
Washington, D.C. 20044.

Anthony E. Ramos