UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

FEB 28 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

        Petitioner,

vs.                                Civil Action No.: 06 1941 (JU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

        Respondents.

_____

## PETTIONER'S MOTION FOR SCHEDULING ORDER AND FOR ORAL ARGUMENT

COMES NOW the Petitioner, pro se, and files the MOTION FOR SCHEDULING ORDER AND FOR ORAL ARGUMENT, and states:

1. On November 13, 2006, the United States District Court of Appeals for the District of Columbia Circuit, transferred this matter to this Court.

2. No action has been taken by this Court on the matter since the transfer.

3. Prior to the transfer, and notwithstanding the pendancy of the Motion to Dismiss filed on behalf of the Respondents, the Petitioner filed his brief and appendix.

4. The relief requested in this matter, at this juncture, is very limited. The Petitioner seeks only the vacating of the subject order, and returning this matter to the 'immigration tribunal,' for a full evidentiary hearing. The said relief also encompasses the request for

an order granting to the Petitioner full rights of discovery, as set forth under the authorities cited in the brief.

5. The Petitioner, therefore, requests the entry of an order granting this Motion for a Scheduling Order, and for Oral Argument, so that the Respondents may be given the opportunity to file their briefs prior to oral argument.

6. A proposed order is being submitted with this Motion.

WHEREFORE, the Petitioner respectfully requests the entry of an order granting his Motion for Scheduling Order and for Oral Argument.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
717 D Street, NW
Suite 311
Washington, D.C. 20004
202-321-7969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of February, 2007, the original and three copies of the foregoing were mailed via regular U.S. mail, first class to: Greg Hughes, Clerk of Court, U.S. District Court, 333 Constitution Ave., NW, Washington, DC 20001; and that two copies were mailed, via U.S. mail to: Song E. Park, Esquire, Counsel for Respondents, U.S. Department of Justice, P.O. Box 878, Washington, D.C. 20044.

_____
Anthony E. Ramos