UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

MAR 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

    Petitioner,

vs.

Civil Action No.: 06 1941 (RMO)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

## PETITIONER'S MOTION FOR MANDATORY INJUNCTION

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files the Motion for Mandatory Injunctions, pursuant to Rule 65 (d) of the Federal Rules of Civil Procedure, and states:

1. The Petitioner's Petition for Review is pending before this Court.

2. The Petitioner previously filed this matter in Court of Appeals. That Court, *sua sponte*, and while the motion of the Respondents to transfer the matter to this Court was pending, transferred this matter to this Court.

3. The Respondents represented to the Court that, were this matter to be transferred to this Court, Respondents would comply with the briefing order from the Appeals Court. Given that this matter, is now before this Court, Respondent has filed no paper.

4. As a result, the Petitioner has filed a motion for a scheduling order with this Court. That motion is pending.

5. Because of what appear to be extensive delays in prosecuting this matter, the Petitioner seeks a mandatory injunction against the Respondents. Specifically, the Petitioner seeks an order from this Court requiring the Respondents to de-list this matter from its Internet posting. That posting, when a google search is done of the Petitioner's name, provides an outdated account of this matter. In addition, the Order from which instant Petition is taken, is quoted extensively, including facts which are not only known to be false, but which were written specifically for the purpose of impugning the professional reputation of the Petitioner.

6. The Order should be binding only upon the Respondents and upon any persons in active concert with them, who shall receive notice of the Order by personal service upon them.

7. The continuing presence of the said posting has caused, and will cause irreparable harm and damage to the Petitioner's reputation if permitted to remain as posted.

WHEREFORE, the Petitioner requests the entry of a mandatory injunction, directing the Respondents to de-list the posting of this matter from the Internet, or to instruct such persons as were directed to make such posting by the Respondents, to do so.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the thirteenth day of March, 2006, the original and two copies of the foregoing were filed with the clerk, and that two copies were mailed, via U.S. mail to: Song E. Park, Esquire, U.S. Department of Justice, P.O. Box 878, Washington, D.C. 20044.

_____
Anthony E. Ramos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

      Petitioner,

vs.                                       Civil Action No.: 06 1941 (RMO)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

      Respondents.

---

## MEMORANDUM OF LAW IN SUPPORT OF PETITIONER'S MOTION FOR MANDATORY INJUNCTION

I.

STATEMENT OF THE CASE AND OF THE FACTS.

The Petitioner's Petition for Review is pending before this Court. The Petitioner previously filed this matter in Court of Appeals. That Court, *sua sponte*, and while the motion of the Respondents to transfer the matter to this Court was pending, transferred this matter to this Court. This Court has not issued a scheduling Order. The Petitioner has filed a motion for a scheduling order with this Court. That motion is pending.

Because of what appear to be extensive delays in prosecuting this matter, the Petitioner seeks a mandatory injunction against the Respondents. Specifically, the Petitioner seeks an order from this Court requiring the Respondents to de-list this matter

from its Internet posting. That posting, when a google search is done of the Petitioner's name, provides an outdated account of this matter. In addition, the Order from which instant Petition is taken, is quoted extensively, including facts which are not only known to be false, but which were written specifically for the purpose of impugning the professional reputation of the Petitioner.

## II.

## AUTHORITY

Rule 65 (d) of the Federal Rules of Civil Procedure provides for the issuance of injunctive relief.

## III.

## CONCLUSION

The Court should issue a mandatory injunction pending the final outcome of this matter.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the thirteenth day of March, 2006, the original and two copies of the foregoing were filed with the clerk, and that two copies were mailed, via U.S. mail to: Song E. Park, Esquire, U.S. Department of Justice, P.O. Box 878, Washington, D.C. 20044.

Anthony E. Ramos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

      Petitioner,

vs.                                           Civil Action No.: 06 1941 (JU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

      Respondents.

_____

## ORDER ON PETTIONER'S MOTION FOR MANDATORY INJUNCTION

THIS MATTER came on to be heard by this Court on the Petitioner's MOTION, FOR MANDATORY INJUNCTION, and the Court having reviewed the Motion the Reply of the Respondents, and the file, it is

CONSIDERED and ORDERED that:

1. The motion be and the same is hereby GRANTED.

2. The Respondents, or persons who have acted on their behalf on any Internet postings, shall de-list this matter pending final outcome of this case.

DONE and ORDERED in Chambers this _____ day of _____, 2007.

_____
U.S. District Judge

conformed copies to:

Anthony E. Ramos, pro se, Petitioner
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969

Song E. Park, Esquire
Counsel for Respondents
U.S. Department of Justice
P.O. Box 878
Washington, D.C. 20044.