UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY E. RAMOS,                             )<br>                                                              )<br>               Plaintiff,                              )<br>                                                              )<br>     v.                                                    )   Case Number:  1:06CV01941(RMU)<br>                                                              )<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>et al.,                                                    )<br>                                                              )<br>               Defendants.                         )<br>                                                              )<br>                                                              )<br>                                                              ) | |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants.

Respectfully submitted,

          /s/       Robin M. Meriweather

ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2007, I caused the foregoing Notice of Appearance to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos
1805 Key Blvd
Apartment 513
Arlington, VA 22201

      /s/   Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114