UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY E. RAMOS,  )<br>  )<br>   Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT OF JUSTICE,  )<br>et al.,  )<br>  )<br>   Defendants.  )<br>  )<br>  )<br>  ) | Case Number:  1:06CV01941(RMU) |

**UNOPPOSED MOTION FOR LEAVE TO FILE MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR MANDATORY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants United States Department of Justice, et al., through undersigned counsel, hereby seek leave of the Court to file a motion for extension of time to oppose Plaintiff's Motion for Mandatory Injunction. Defendants' Proposed Motion for Extension of Time is attached hereto as Exhibit 1. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants conferred with Plaintiff, and Plaintiff has no objection to Defendants' request for leave to file a motion for extension of time.

In support of this motion for leave, Defendants state as follows:

1. Plaintiff filed a Motion for Mandatory Injunction March 15, 2007. Assuming that the motion's certificate of service accurately describes service, Defendants' opposition to that motion was due March 29, 2007. See L. Civ. R.7(b); Fed. R. Civ. P. 6(e).

2. The United States Attorney's Office for the District of Columbia will represent Defendants in this action. However, the undersigned Assistant United States Attorney was just assigned this case on April 11, 2007, and the United States Attorney's Office has

not yet received the official case file for this case. Accordingly, the United States Attorney's Office was not aware of the Motion for Mandatory Injunction at the time it was filed, or at the time any opposition was due.

3. Undersigned counsel discovered that the Motion for Mandatory Injunction had been filed upon downloading a docket from PACER on April 12, 2007.

4. For the foregoing reasons, Defendants were unable to timely seek an enlargement of time to oppose Plaintiff's Motion for Mandatory Injunction.

5. Defendants have not previously requested that this Court enlarge the time for filing any pleading, or that the Court grant them leave to seek enlargement of any such time period.

6. Granting the instant motion would cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' Unopposed Motion for Leave to File A Motion for Extension of Time.

Dated: April 12, 2007                    Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

          /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198   Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2007, I caused the foregoing Motion for Leave to File Motion for Extension of Time to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos
1805 Key Blvd
Apartment 513
Arlington, VA 22201

                                        /s/  *Robin M. Meriweather*
                              ROBIN M. MERIWEATHER, D.C. Bar # 490114

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY E. RAMOS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:06CV01941(RMU) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant's Motion for Leave to File a Motion for Extension of Time to Oppose Plaintiff's Motion for Mandatory Injunction, it is this _____ day of _____, 2007,

    ORDERED that Defendant's Motion for Leave to File a Motion for Extension of Time to Oppose Plaintiff's Motion for Mandatory Injunction be and is hereby GRANTED.

    SO ORDERED.

_____
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ANTHONY E. RAMOS                            )
                                            )
       Plaintiff,                           )
                                            )
  v.                                        )   Case Number: 1:06CV01941(RMU)
                                            )
UNITED STATES DEPARTMENT OF JUSTICE,        )
et al.,                                     )
                                            )
       Defendants.                          )
                                            )
                                            )
_____ )

**DEFENDANTS' FIRST CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR MANDATORY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants United States Department of Justice, et al., through undersigned counsel, hereby request that the Court grant Defendants a 31-day enlargement of time to oppose Plaintiff's Motion for Mandatory Injunction, making Defendants' opposition to that motion due April 30, 2007.  Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants has conferred with Plaintiff, and Plaintiff has no objection to the requested extension of time.

In support of this motion for an extension of time, Defendants state as follows:

1. Plaintiff filed a Motion for Mandatory Injunction March 15, 2007.  Assuming that the motion's certificate of service accurately describes service, Defendants' opposition to that motion was due March 29, 2007.  See L. Civ. R.7(b); Fed. R. Civ. P. 6(e).

2. The United States Attorney's Office for the District of Columbia will represent Defendants in this action.  However, the undersigned Assistant United States Attorney

was just assigned this case on April 11, 2007, and the United States Attorney's Office has not yet received the official case file for this case. Accordingly, the United States Attorney's Office was not aware of the Motion for Mandatory Injunction at the time it was filed, or at the time any opposition was due.

3. Undersigned counsel discovered that the Motion for Mandatory Injunction had been filed upon downloading a docket sheet from PACER on April 12, 2007.

4. For the foregoing reasons, Defendants were unable to timely oppose Plaintiff's Motion for Mandatory Injunction.

5. Although Defendants wish to oppose Plaintiff's motion expeditiously, Defendants will need additional time to consult with the Department of Homeland Security regarding Plaintiff's allegations in the motion and the facts, and to prepare their opposition to the motion.

6. The requested extension of time also will allow undersigned counsel time to honor commitments in other cases, including meeting an April 23, 2007 deadline for submitting a motion to dismiss and merits brief in a preliminary injunction matter, and appearing at a preliminary injunction hearing on April 27, 2007.

7. Defendants have not previously requested that this Court enlarge the time for filing any pleading, or that the Court grant them leave to seek enlargement of any such time period.

8. Granting the instant motion would cause no prejudice.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants' First Consent Motion for Leave to File A Motion for Extension of Time. A proposed order is included herewith.

Dated: April 12, 2007

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

     /s/ Robin M. Meriweather
_____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of April, 2007, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos
1805 Key Blvd
Apartment 513
Arlington, VA 22201


　　　　　　　　　　　　　　　　　　/s/   Robin M. Meriweather
　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar # 490114

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ANTHONY E. RAMOS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 1:06CV01941(RMU) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to Oppose Plaintiff's Motion for Mandatory Injunction, it is this _____ day of _____, 2007,

ORDERED that Defendants' Consent Motion for Leave to File a Motion for Extension of Time to Oppose Plaintiff's Motion for Mandatory Injunction be and is hereby GRANTED.

It is further ORDERED that Defendants' Opposition to Plaintiff's Motion for Mandatory Injunction is due April 30, 2007.

SO ORDERED.

_____
United States District Judge