UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY E. RAMOS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:06CV01941(RMU) |
| | ) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION FOR LEAVE TO SEEK EXTENSION OF TIME AND MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR MANDATORY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants United States Department of Justice, et al., through undersigned counsel, hereby seek leave of the Court to file an untimely motion for extension of time, and hereby move for a 10-day extension of time to oppose Plaintiff's Mandatory Injunction Motion. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants conferred with Plaintiff, and Plaintiff consents to Defendants' request for leave to file a motion for extension of time, and consents to Defendants' request for a 10-day extension of time to oppose the Mandatory Injunction Motion.

In support of these motions, Defendants state as follows:

1. Plaintiff filed a Motion for Mandatory Injunction March 15, 2007.

2. On April 12, 2007, the undersigned requested an extension of time to oppose that motion. As grounds for that extension, the undersigned explained that the United States Attorney's Office had not yet received the case file, but had discovered that the Mandatory Injunction

Motion was pending upon checking the Court's docket.

3. On April 13, 2007, this Court extended the deadline for Defendants to oppose the Mandatory Injunction Motion, making said opposition due April 30, 2007.

4. Under this Court's standing order, any additional enlargement requests should have been made by April 24, 2007. Defendants did not seek an enlargement at that time because the undersigned believed that the opposition to the Mandatory Injunction would be complete by April 30, 2007.

5. However, due to an unforeseen illness, agency counsel has been out of the office from April 25, 2007 through April 27, 2007. The undersigned must consult with agency counsel in order to prepare an opposition to Plaintiff's Mandatory Injunction Motion. In addition, agency counsel must procure a factual declaration concerning matters Defendants will address in their opposition.

6. Defendants could not file a timely motion for extension of time because Defendants could not predict that agency counsel would become ill.

7. The 10-day extension of time is necessary to allow Defendants sufficient time to work with agency counsel to prepare their opposition to the Mandatory Injunction Motion, and to develop the factual support for their opposition. If granted, the 10-day extension would make Defendants' opposition due May 10, 2007.

8. This is Defendants' second request for an extension of time.

9. Granting the instant motion would cause no prejudice.

10. There are no pending deadlines that this 10-day extension of time would affect.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court GRANT Defendants leave to submit an untimely motion for extension of time, and GRANT

-3-

Defendants' motion for a 10-day extension of the deadline for opposing Plaintiff's Mandatory Injunction Motion.

Dated: April 27, 2007					Respectfully submitted,


							_____/s/_____
							JEFFREY A. TAYLOR, D.C. Bar # 498610
							United States Attorney

							_____/s/_____
							RUDOLPH CONTRERAS, D.C. Bar # 434122
							Assistant United States Attorney

							_____/s/_____
							ROBIN M. MERIWEATHER, D.C. Bar. # 490114
							Assistant United States Attorney
							555 Fourth St., N.W.
							Washington, D.C.  20530
							Phone: (202) 514-7198   Fax: (202) 514-8780
							Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2007, I caused the foregoing Motion to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos
1805 Key Blvd
Apartment 513
Arlington, VA 22201


       /s/   *Robin M. Meriweather*
ROBIN M. MERIWEATHER, D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ANTHONY E. RAMOS            )
                            )
        Plaintiff,          )
                            )
            v.              )   Case Number: 1:06CV01941(RMU)
UNITED STATES DEPARTMENT OF JUSTICE, )
et al.,                     )
                            )
        Defendants.         )
                            )
                            )
_____)


**ORDER**

Upon consideration of Defendant's Motion for Leave to Seek Extension of Time and Motion for Extension of Time to Oppose Plaintiff's Motion for Mandatory Injunction, it is this _____ day of _____, 2007,

ORDERED that Defendants' Motion for Leave to Seek Extension of Time be and is hereby GRANTED,

it is further ORDERED that Defendants' Motion for Extension of Time to Oppose Plaintiff's Motion for Mandatory Injunction be and is hereby GRANTED,

and it is further ORDERED that Defendants shall file an Opposition to Plaintiff's Motion for Mandatory Injunction on or before May 10, 2007.

SO ORDERED.

_____
United States District Judge