UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 0 1 2007

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

ANTHONY E. RAMOS

        Petitioner,

vs.

                                 Civil Action No.: 06 1941 (JU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

        Respondents.

---

## PETITONER'S MOTION FOR EVIDENTIARY HEARING ON MOTION FOR MANDATORY INJUNCTION

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Motion for Evidentiary Hearing on Motion for Mandatory Injunction, and states:

1. The Respondents have requested two extensions on filing a response to the Petitioner's Motion for Mandatory Injunction.

2. On each occasion, the Petitioner has had no objection to a courtesy extension. The most recent extension, for ten days, was provided on Friday, April 27, 2007. The Respondents requested only four days, but in order to avoid another request, the Petitioner indicated ten days.

3. In order to prepare for the hearing, the Petitioner needs to take the depositions of the corporate representatives of the Respondents, together with the depositions of the two attorneys, Ms. Barnes and Ms. McCarthy. The Petitioner is well aware that even asking to

take the depositions of government t attorneys will most certainly result in the entry of some sanction against him, but nevertheless, the Petitioner believes that he cannot try this matter with just the unauthenticated letters and counterfeit documents originated by the two attorneys.

4. The Respondents have indicated that they will object to any discovery depositions. Some would be used at trial, including the deposition of one of the attorneys, who is last known to be at an immigration office in Vermont. The depositions are necessary in order to present to this Court evidence showing that it is only the Respondent who could have put up the links complained of, put in the false and incorrect information, and only the Respondents who can alter the links. It is not enough for the Respondents to appear before this Court to stipulate to those issues. Rather, the Petitioner must make a showing of all of the elements necessary for an injunction.

5. This matter will take one Court day to litigate.

6. The Petitioner requests the earliest possible trial date for the motion for mandatory injunction. The Petitioner further requests that all discovery be completed within thirty days prior to trial, that both sides submit witness and exhibit lists within ten days before trial.

7. The Petitioner further requests that this Court order that the corporate representatives for the Respondents appear for deposition in Washington, DC., that Ms. Barnes appear for deposition at her office in Virginia, and that the Respondents advise the Petitioner of the current address of Ms. McCarthy. The Petitioner also requests the entry of an order granting the Petitioner the option of taking a telephone deposition of Ms. McCarthy if her

present office is further than 100 miles from Washington, DC, and further order her to

appear for said deposition upon being duly served with a subpoena.

WHEREFORE, the Petitioner requests the entry of an Order Granting his Motion for

Evidentiary Hearing on Motion for Mandatory Injunction.


RESPECTFULLY SUBMITTED,


Anthony E. Ramos, pro se
717 D Street, NW
Suite 311
Washington, D.C. 20004
202-321-7969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of April, 2007, the original and 2 copies of
the foregoing were filed with the clerk, and that two copies were mailed, via U.S. mail to:
Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street,
NW, Washington, DC 20530


Anthony E. Ramos