UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAY 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

    Petitioner,

vs.     Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

---

### PETITIONER'S SECOND REQUEST FOR JUDICIAL NOTICE

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Second Request for Judicial Notice and states:

1. The Petitioner requests judicial notice of the attached article from the Washington Post, of Friday, April 28, 2007, and entitled: Rice Deputy Quits After Query Over Escort Service.

2. The Petitioner requests that the Court take particular notice of the section which the Petitioner has highlighted and which reads: "Within minutes of McCormack's announcement, Tobias's biography was removed from the USAID website."

3. As the Petitioner had indicated in previous pleadings, he has learned, the hard way, that, in these types proceedings, the individual almost always loses to the government. Irrespective of this known and predicable result, the Petitioner believes it important to present his case to this Court with as much preparation as possible.

4. It is entirely possible for government employees to ruin reputations of others. At the same time, however, as this article indicates, it only takes a government entity 'minutes,' to remove information harmful to its reputation from a website. Would that the Petitioner could be fortunate to have that power. Only an order of Court can remove damaging information from a government website about an individual, when it is the individual who seeks the removal.

5. For these reasons, the Petitioner requests that this Court take judicial notice of the inability of private individuals to prevail in these type of situations.

## MEMORANDUM OF LAW

Rule 201 of the Federal Rules of Evidence allows for judicial notice.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of April, 2007, the original and two copies of the foregoing were filed with the clerk, and that two copies were mailed, via U.S. mail to: Song E. Park, Esquire, U.S. Department of Justice, P.O. Box 878, Washington, D.C. 20044; and to Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos

# Rice Deputy Quits After Query Over Escort Service

## Randall Tobias Oversaw U.S. Foreign Aid Programs

By GLENN KESSLER
*Washington Post Staff Writer*

Randall L. Tobias, the deputy secretary of state responsible for U.S. foreign aid, abruptly resigned yesterday after he was asked about an upscale escort service allegedly involved in prostitution, U.S. government sources said.

Tobias resigned after ABC News contacted him with questions about the escort service, the sources said. ABC News released a statement last night saying Tobias acknowledged Thursday that he had used the service for massages, not sex.

Tobias has been Secretary of State Condoleezza Rice's point man in an ambitious effort to overhaul how the U.S. government manages foreign aid, a key part of her "transformational diplomacy" agenda. Just two days ago, President Bush lauded Tobias for his work in the administration leading "America's monumental effort to confront and deal with the HIV/AIDS epidemic on the continent of Africa."

In an unusual statement issued at 5 p.m., State Department spokesman Sean McCormack said Tobias informed Rice "today that he must step down as Director of U.S. Foreign Assistance and U.S. Agency for International Development Administrator effective immediately. He is returning to private life for personal reasons."

See **TOBIAS**, A7, Col. 1

# U.S. Foreign Aid Chief Resigns After Query About Escort Service

TOBIAS, From A1

Contacted last night at his home in the District, Tobias, a former chief executive of pharmaceutical giant Eli Lilly & Co., declined to discuss the circumstances of his resignation, saying he would "stick with the statement the State Department released today."

According to ABC News, Tobias said he contacted the escort service "to have gals come over to the condo to give me a massage" and that there had been "no sex" involved.

In a memo yesterday to the USAID staff, James R. Kunder, acting deputy USAID administrator, called the resignation "shocking news" and urged workers not to be "distracted from our developmental and emergency work."

Within minutes of McCormack's announcement, Tobias's biography was removed from the USAID Web site.

State Department officials declined to comment further on the reasons for the resignation.

"I'm sad today," said one person close to Tobias. "The president loves him and Condi absolutely loves him."

White House officials said Rice briefed Bush on the matter early yesterday before he met with Japanese Prime Minister Shinzo Abe. The president "was saddened and disappointed and wished Dr. Tobias and his family well," spokeswoman Dana Perino said.

Deborah Jeane Palfrey, who operated the escort service, was indicted on federal racketeering charges in February and has threatened to expose her high-profile client list.

Palfrey has contended that her escort service provided clients with college-educated women who



**Randall L. Tobias said he used the escort service for massages, ABC News said.**

made to avoid identifying their clients, which Sibley said he is not able to promise. ABC's "20/20" is mining that database of phone numbers, Sibley said, for a news report on the more notable of Palfrey's customers.

"I presume '20/20' crews running around with cameras has led to this flurry of activity," Sibley said. "That may cause some people to worry."

ABC reporters interviewed Palfrey last week, Sibley said, and asked her about specific customers by name. Sibley declined to identity them or speculate about Palfrey's clients whose identities may be revealed in coming days. He said that in many cases, he and Palfrey did not have the investigative resources to identify them from their phone numbers, but that ABC did.

ABC reported last night that Palfrey's records included Tobias's private cellphone number.

After a long career in the corporate world, including stints not only at Eli Lilly but also as AT&T vice chairman, Tobias joined the administration in 2003 to be the first global AIDS coordinator, with the rank of ambassador.

Tobias, who is 65 and married, was responsible for a start-up program designed to spend $15 billion over five years, with the largest share going to 12 African and two Caribbean countries that account for roughly half the world's population with HIV/AIDS.

Last year, Rice tapped him to be the first director of U.S. foreign assistance, with the rank of deputy secretary, giving him the task of both running USAID and coordinating all foreign aid so that the delivery of aid would more closely follow the administration's policy goals. Under Tobias, for the first time, the State Department produced documents showing exactly how much aid was going to each country. He has proven so essential to Rice's plans that she had refused to let him leave even though officials said he had wanted to resign from the high-pressure job for at least six months.

The ambitious effort has been controversial on Capitol Hill, where Tobias's style and performance have come under attack. At a hearing last month, Rep. Tom Lantos (D-Calif.), chairman of the House Foreign Affairs Committee, accused Tobias of "tycoonitis," which he described as "people who come from the top of the corporate ladder who consider congressional suggestions, requests for information and participation in decision-making as intruding on their turf."

*Staff writers Michael Abramowitz, John Solomon, Carol D. Leonnig, Howard Kurtz and Martin Weil and researcher Julie Tate contributed to this report.*