UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

      Petitioner,

vs.

                          Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

      Respondents.

---

## MOTION OF PETITIONER, ANTHONY E. RAMOS, TO VACATE MINUTE ORDER OF MAY 3, 2007, *NUNC PRO TUNC*

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Motion to Vacate Minute Order of May 3, 2007, *Nunc Pro Tunc*, and states:

1. Pursuant to Local Rule 7 (m) and Federal Rule of Civil Procedure 26, the Petitioner conferred with defense counsel prior to filing this motion, and defense counsel objects to this motion. Defense counsel indicated, however, that she did not object to the re-filing of the motions and requests which are the subject of the Minute Order of May 3, 2007.

2. The Petitioner made a technical error in the filing of the pleadings which are the subject of the order.

3. The Petitioner has now conferred with defense counsel on all of the pleadings which are the subject of the Order, and said counsel objects to all of the said pleadings.

**RECEIVED**

MAY - 8 2007

**NANCY MAYER WHITTINGTON, CLERK**
        U.S. DISTRICT COURT

4. It would constitute an unnecessary cluttering of this file to re-file all of the said pleadings when this Court may simply vacate its order with a finding that Petitioner has now complied, and making the order vacating the minute order *nunc pro tunc* to the date of the filing of each said pleading.

5. The Petitioner hereby advises this Court, the clerk, and defense counsel, that he has registered with PACER, has a login name and password. At the time of the filing of this pleading, however, his email notification function had not yet been completed. In addition, the Petitioner mailed his form "Electronic Case Files – Attorney/Participant Registration Form," bearing his original signature as required, on this day, May 7, 2007. As such, until further notification from the clerk, he will continue to file pleadings via the U.S. mail.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 200_, the original and two copies of the foregoing were filed with the clerk, and that two copies were emailed and mailed, via U.S. mail to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

Anthony E. Ramos