**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

    Petitioner,

vs.                                          Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

## PRAECIPE

The Clerk of said Court will kindly change the address of record for the petitioner, as follows:

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

                                            RESPECTFULLY SUBMITTED,

                                            Anthony E. Ramos, pro se
                                            1805 Key Blvd.
                                            Apt. 513
                                            Arlington, VA 22201
                                            202-321-7969
                                            tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of , 2006, the original and two copies of the foregoing were filed with the clerk, and that two copies were mailed, via email and U.S. mail to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos