UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
MAY 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

Petitioner,

vs.

Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

Respondents.

---

## PETITIONER'S MOTION FOR CM/ECF PASSWORD

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Motion for CM/ECF Password, pursuant to Local Rule 5.4 (b)(2), and states:

1. Prior to filing this motion, in compliance with local rules, the Petitioner contacted the Respondents concerning same. The Respondents have no objection to this motion.

2. The Petitioner has full access to the Internet, uses same approximately two to ten hours per day, has all necessary software to send and receive documents in any format, and is otherwise well versed in computer usage.

3. The Petitioner has otherwise reviewed all of the provisions of Rule 5.4, and has become familiar with same, and would have no problem complying with the said Rule.

4. Although appearing pro se, the Petitioner did practice solely as a jury trial lawyer for sixteen of the sixteen years in which he practiced, so that the filing of pleadings is not novel to him. The Petitioner is not, at the present time, a member of any Bar Association.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of May, 2007, the original and one copy of the foregoing were filed with the clerk, and that a copy was mailed, via U.S. mail and email to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530; and to: Peggy Trainum, U.S. District Court for the District of Columbia, 333 Constitution Ave., NW, Room 1825, Washington, DC 20001.

_____
Anthony E. Ramos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

      Petitioner,

vs.    Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

      Respondents.

---

## ORDER ON PETITIONER'S MOTION FOR CM/ECF PASSWORD

THIS MATTER came on to be heard by this Court on the PETITIONER'S MOTION FOR CM/ECF PASSWORD, and the Court having reviewed the Motion and the file, and being otherwise duly advised in the premises, it is:

CONSIDERED and ORDERED that:

1. The Motion be and the same is hereby GRANTED.

2. The Clerk of Court shall take such steps as dictated in Local Rule 5.4, to provide to the Petitioner the means by which to comply with this Order.

DONE and ORDERED in Chambers this _____ day of _____, 2007.

                                                  _____
                                                  U.S. District Judge

conformed copies to:

Anthony E. Ramos, pro se, Petitioner
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969

Robin M. Meriweather, Esquire
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

Peggy Trainum
Attorney Admissions
U.S. District Court for the District of Columbia
333 Constitution Ave., NW
Room 1825
Washington, DC 20001.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of May, 2007, the original and one copy of the foregoing were filed with the clerk, and that a copy was mailed, via U.S. mail and email to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530; and to: Peggy Trainum, U.S. District Court for the District of Columbia, 333 Constitution Ave., NW, Room 1825, Washington, DC 20001.

_____
Anthony E. Ramos