UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

      Petitioner,

vs.                                                                                         Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

      Respondents.

---

### PETITIONER'S MOTION TO STRIKE JENNIFER BARNES FROM PLEADINGS

COMES NOW the Petitioner, Anthony E. Ramos, pro se, pursuant to Local Rule 83.6 (a), and files this MOTION TO STRIKE JENNIFER BARNES FROM PLEADINGS, and states:

1. On January 17, 2003, twenty two months before joining in the action below, counsel for Respondent EOIR, Jennifer Barnes, wrote a letter to a Florida Bar attorney, stating clearly: "After a thorough search of our database, we have determined that Mr. Ramos has never appeared as the attorney of record in any case before EOIR. Consequently, we have no authority to initiate a preliminary inquiry into this matter." The letter is made a part of the Respondents' recent pleadings. This is the first record admission of Respondent EOIR, since formal proceedings were begun, in November, 2004, which

**RECEIVED**

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

proves the absence of standing or jurisdiction by said Respondent. The letter proves the defense of lack of jurisdiction which the Respondent raised and preserved at the outset.

2. Ms. Barnes' actions in proceeding with a disciplinary actions with the full intent of falsely having a tribunal rely on her failure to advise the tribunal of the contents of said letter are a primary focus of not only the Petition, but also of the motion for mandatory injunction in this matter.

3. It appears, from Ms. Barnes' name appearing on the 'Opposition' and the 'Statement of Material Facts' recently filed by the Respondents, that she intends to pursue her attempt to have this Court become complicit in her continuing attempt to pursue the Petition, who never appeared before EOIR.

4. Ms. Barnes, however, although eligible to participate in these proceedings, despite being a material witness, has failed to comply with Local Rule 83.6 (a). The Rule requires either that she sign the pleadings in conformance with Rule 7, or that she file a formal appearance. In that manner, the Court and all parties will be made aware of her exact position in this matter. Compliance with this Rule is particularly important where, as here, it appears that Ms. Barnes may be taking steps to knowingly and falsely mislead this Court.

   WHEREFORE, the Petitioner requests the entry of an order granting his Motion to Strike Jennifer Barnes from Pleadings.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of May, 2007, the original and one copy of the foregoing were filed with the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

      Petitioner,

vs.                                                                                        Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

      Respondents.

## PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE JENNIFER BARNES FROM PLEADINGS

### I.

### STATEMENT OF THE CASE AND OF THE FACTS

In two recent pleadings, as set forth in the Motion to Strike, Jennifer Barnes a lawyer for Respondent, EOIR appears as 'of counsel. Ms. Barnes has not signed any of the pleadings, and has not entered a formal appearance in this matter. As such, neither this Court, nor the Petitioner, nor the other Respondent, has any way of knowing her status in this matter, or where her office is located or what is her office telephone number.

**RECEIVED**

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## II.

## POINTS AND AUTHORITIES

Local Rule 83.6 (a) requires either that an attorney sign the pleadings in conformance with Rule 7, or that he/she file a formal appearance.

## III.

## CONCLUSION

This Court should enter an order granting Plaintiff's Motion to Strike Jennifer Barnes from Pleadings.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of May, 2007, the original and one copy of the foregoing were filed with the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

Anthony E. Ramos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

   Petitioner,

vs.             Civil Action No.: 06 1941 (JU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

   Respondents.

---

### ORDER ON PETTIONER'S MOTION TO STRIKE JENNIFER BARNES FROM PLEADINGS

THIS MATTER came on to be heard by this Court on the Petitioner's MOTION TO STRIKE JENNIFER BARNES FROM PLEADINGS, and the Court having reviewed the Motion, the Reply of the Respondents, and the file, it is

CONSIDERED and ORDERED that:

1. The Motion be and the same is hereby GRANTED.

DONE and ORDERED in Chambers this _____ day of _____, 2007.

                   _____
                   U.S. District Judge

conformed copies to:

Anthony E. Ramos, pro se, Petitioner
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969

Robin M. Meriweather, Esquire, Counsel for Respondents
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530