UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

   Petitioner,

vs.            Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

   Respondents.

## PETITIONER'S REQUEST FOR SCHEDULING ORDER ON THE PETITION AND ON THE MOTION FOR MANDATORY INJUNCTION

   COMES NOW the Petitioner, Anthony E. Ramos, pro se, pursuant to Local Rule 16.1 (a), and files this REQUEST FOR SCHEDULING ORDER ON THE PETITION AND ON THE MOTION FOR MANDATORY INJUNCTION, and states:

1. The Petition is now at issue. The Respondents, despite numerous extensions granted by this Court, have not, in the eight months in which this matter has been pending, filed and Answer Brief or a Record, as is required by the Rules. Further, having been provided with the opportunity to file said Brief and Record, it appears that the Respondents do not intend to do so. As indicated in the Motion to Strike filed this day by the Petitioner, it appears from the Respondents' admission, as well as the Respondents' entry into the record of the Barnes letter, that the Respondents never had any standing or jurisdiction

RECEIVED

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

over the Respondent. The Petitioner, accordingly, requests that this Court schedule a brief hearing on the Petition. Prior to the hearing, the Petitioner will comply with Rule 26 (f) of the Federal Rules of Civil Procedure.

2. The Motion for Mandatory Injunction is also now at issue. This matter must be tried separately from the Petition because the evidentiary requirements and standard of proof differ. The trial of this motion will take one court day. The Respondents have filed a pleading on the motion. The Petitioner has filed a motion to strike that pleading, but in any event, the matter is ready for trial. The Petitioner will commence discovery this day, and will comply with the requirements of Rule 26 (f) of the Federal Rules of Civil Procedure.

3. The Petitioner, therefore, requests a scheduling order on the two said matters.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of May, 2007, the original and one copy of the foregoing were filed with the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

Anthony E. Ramos