UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

RECEIVED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

Plaintiff,

vs.

Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION REVIEW and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE BOARD OF IMMIGRATION APPEALS

Defendant.

---

**PETITIONER'S THIRD REQUEST FOR JUDICIAL NOTICE ON THE MOTION FOR MANDATORY INJUNCTION**

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Third Request for Judicial Notice on the Motion for Mandatory Injunction, and states:

1. Prior to filing this Request, and in conformance with Rule 7 of the Local Rules, Plaintiff contacted Defendants, concerning any objections to the filing. Defendants object to this Request.

2. The Petitioner requests judicial notice of the attached articles from the Washington Post.

**MEMORANDUM OF LAW**

Rule 201 of the Federal Rules of Evidence allows for judicial notice.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA
202-321-7969
tramos520@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22st day of May, 2007, the original and one copy of the foregoing was mailed via U.S. mail to: Greg Hughes, Clerk of Court, United States District Court, District of Columbia Circuit, 333 Constitution Ave. N.W., Washington, D.C. 20001, and that a copy was emailed and mailed, via U.S. mail to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

.

Anthony E. Ramos

WASH. POST

book.

re

:n

## This Is It — the Last Mention of Randall Tobias

Okay, we promise. This is absolutely the last, last item on **Randall Tobias,** the former deputy secretary of state for foreign assistance (DFA) and Agency for International Development administrator.

On April 30, a couple days after Tobias's stunning resignation, we got this e-mail from **Steve Tupper**, a senior official in AID's bureau of legislative and public affairs.

*Subject: Tobias Pictures and Statements*

*Strategic Communications Group members:*

*As you go about your daily activities on behalf of your Bureau or Office, please be alert to the need to remove all picture and statements from Ambassador Tobias in light of his resignation dated as of April 27, 2007. You should carefully review any ongoing projects such as Websites, reception room walls, printed publications, brochures, PowerPoints, newsletters, etc., to ensure that Agency materials are not maintained, produced, printed, or reprinted, with Tobias listed or shown as Administrator or DFA.*

*All projects that have been reviewed previously and approved by LPA in the last several months but that are still in the production process must be immediately stopped and re-submitted if they contain articles, statements, or pictures of Tobias. If you have any questions or specific concerns, please contact me and I will work with you on correcting the final product and obtaining re-clearance before continuing with the production process.*

THE WASHINGTON POST



# Judge Gives Immunity to Gonzales Aide

By DAN EGGEN and PAUL KANE
*Washington Post Staff Writers*

A federal judge yesterday paved the way for a former aide to Attorney General Alberto R. Gonzales to testify in Congress about the firings of U.S. attorneys, granting her limited immunity from prosecution so she can tell the House Judiciary Committee what she knows.

Under the order from Chief U.S. District Judge Thomas F. Hogan, Monica M. Goodling "may not refuse to testify, and may not refuse to provide other information" if asked by Congress.

The ruling allows Goodling's testimony on the dismissal of nine U.S. attorneys last year, which has sparked a furor in Congress over senior Justice officials' shifting explanations for the firings.

The committee extended the offer of immunity after Goodling refused to testify or answer questions from congressional investigators, invoking her Fifth Amendment right against self-incrimination because of allegations that she may have played a role in providing false information to Congress.

"Monica Goodling is a critical witness to this ongoing investigation," House Judiciary Chairman John Conyers Jr. (D-Mich.) said in a statement.

Committee staffers and Goodling's attorney, John Dowd, have held only informal talks about her testimony, according to aides on Capitol Hill. Those talks are expected to intensify next week, with the committee's goal to have Goodling testify before the House breaks for a week-long Memorial Day recess on May 25.

Dowd declined to comment yesterday, but he has said that Goodling would cooperate if ordered to testify under the immunity grant.

With both the House and Senate appropriations committees canceling Gonzales's annual appearances on budget matters, the attorney general is not expected to testify on Capitol Hill in the near future. Conyers said Thursday that after Goodling's testimony, he would confer with Senate Judiciary Chairman Patrick J. Leahy (D-Vt.) to determine how to proceed with their confrontation with the administration over obtaining White House documents and testimony from aides to President Bush.

Hogan's order says that "no testimony or other information compelled under this order . . . may be used against" Goodling, except for prosecutions for perjury or giving a false statement.

Goodling resigned last month as Gonzales's senior counselor and White House liaison. She is also the subject of a Justice Department investigation into whether she violated federal law or department policies by considering political affiliation in the hiring of career prosecutors in some districts.

Also yesterday, four Senate Democrats said they would introduce a bill Monday to strip a provision from the USA Patriot Act that allows U.S. attorneys to avoid residency requirements in their districts while they also hold full-time positions at Justice Department headquarters.

Sen. Dianne Feinstein (D-Calif.) announced plans to introduce the bill after The Washington Post reported that Justice officials had the measure inserted into the Patriot Act reauthorization bill on the same day in late 2005 that Gonzales was reassuring a federal judge that Montana U.S. Attorney William W. Mercer had not violated federal law by spending most of his time in Washington.

Mercer has simultaneously served as the state's federal prosecutor and as a top adviser to Gonzales for the past two years.

NATIONAL NEWS

THE WASHINGTON POST

# Tester Calls on Montana U.S. Attorney to Resign

DEPARTMENT OF JUSTICE WEB SITE

William W. Mercer worked to alter federal law to escape residency terms as a federal prosecutor.

By PAUL KANE
*washingtonpost.com Staff Writer*

Sen. Jon Tester (D-Mont.) called yesterday on a top Justice Department official to resign his U.S. attorney's post after revelations that he worked to alter federal law so that he and a handful of other senior aides could escape residency requirements that governed their assignments as federal prosecutors.

Since 2005, William W. Mercer has served as acting associate attorney general at Justice Department headquarters in Washington as well as being the U.S. attorney in Montana, where he spends just three days a month. That has drawn the anger of a Montana federal judge who contends that Mercer is violating a federal law that requires him to live in Montana.

The Washington Post reported yesterday that on the same day in November 2005 that Attorney General Alberto R. Gonzales assured the judge that Mercer was in compliance with federal law, Mercer asked Senate aides for new legislation that would allow him and a few others to escape it.

Congress approved the change in 2006 as part of the renewal of the USA Patriot Act.

Tester said that "Mr. Mercer was operating outside federal law, so he had the law changed. That might work in Alberto Gonzales's Justice Department, but it's not how we do business in Montana."

Justice Department spokesman Brian Roehrkasse said yesterday that Mercer has served "effectively" in both jobs and that "any suggestion that Bill's performance of dual roles failed to comply with the law is flat wrong." Roehrkasse also said it was up to Congress to solve the situation by approving Mercer's nomination as associate attorney general, which has been pending for eight months.

Sen. Max Baucus (D-Mont.), called on Mercer to choose one post or the other. Sen. Dianne Feinstein (D-Calif.) said she would introduce legislation that would bar federal prosecutors from living outside their districts.