UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

        Petitioner,

vs.

                                  Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

        Respondents.

**RECEIVED**

JUN 5  2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

**PETITIONER'S SECOND MOTION TO STRIKE RESPONDENTS' MOTION**

**FOR SUMMARY JUDGMENT OR PETITIONER'S MOTION TO ABATE**

**RESPONDENTS' MOTION FOR SUMMARY JUDGMENT ON THE PETITION**

**FOR REVIEW**

        COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Second

Motion to Strike Respondents' Motion for Summary Judgment or Motion to Abate

Respondents' Motion for Summary Judgment on the Petition for Review, and states:

**A.**

**INTRODUCTION**


1. Prior to filing this Motion, in conformance with Local Rules, the Petitioner contacted

the Respondents in order to determine if Respondents objected to the Motion.

Respondents object to the Motion.

2. The Respondents have filed a Motion for Summary Judgment as to the Petition for Review. For purposes of abbreviation, Respondent, Executive Office of Immigration Review, will be referred to as EOIR. Respondent, Board of Immigration Appeals, will be referred to as BIA.

3. In so filing such a motion, the Respondents have certified to this Court that there is nothing in the record, together with any discovery or affidavits in the record to show that there is any genuine issue of material fact, so that this matter should be removed from the trier of fact.

4. On July 10, 2006, prior to transferring this matter to this Court, the United States Court of Appeals issued the first order in this matter. The Order requires the Respondents to file a "Certified Index to the Record." A copy of the Order is attached as Exhibit A to this Motion. The Respondents have never filed a certified copy of the record in any Court, in these proceedings.

5. Because the tribunal below failed to allow for an evidentiary hearing on the Petitioner's jurisdictional challenge, the Petitioner was never able to obtain discovery or see the record.

## AS TO RESPONDENT, EOIR

6. As a result of a Freedom of Information Act request, however, the Petitioner did obtain a copy of a letter, dated January 17, 2003, from EOIR attorney, Jennifer Barnes. The letter states: "After a thorough search of our database, we have determined that Mr. Ramos has never appeared as the attorney of record in any cases before EOIR.

Consequently, we have no authority to initiate a preliminary inquiry into this matter." A copy of the letter is attached as Exhibit B to this motion.

7. The letter, however, Exhibit B appears to contain only the Respondents in-house Bates stamp: App.0023.

8. Because the Respondents have never complied with the order to produce a certified copy of the record, the Petitioner, and this Court, have no way of knowing whether such letter was ever a part of the original record, and if so, at what point in time it was made a part of the record. This information is crucial because the Respondents are alleging that, at all times material hereto, this information would have been irrelevant to the proceedings below. This allegation, however, appears unlikely since, just as this Court could not impose reciprocal discipline on an attorney who never appeared in this Court, neither could the tribunal. A question of fact arises, therefore, as to what information did the tribunal have on the question of jurisdiction, and at what point in time.

9. The information is made more relevant because on November 4, 2004, Ms. Barnes filed a pleading in the tribunal below, entitled: GOVERNMENT'S MOTION TO BROADEN TH E SCOPE OF THE PETITION FOR IMMEDIATE SUSPENSION. A copy of that pleading is attached as Exhibit C to this Motion. This motion directly contradicts Ms. Barnes' letter of January 17, 2003, and, more importantly, fails to advise the tribunal of the findings in the letter.

10. Because the conflict in these documents would raise a question of fact as to whether the trier of fact could have reached a different decision had Ms. Barnes been entirely candid with the tribunal, it will be necessary to determine whether, in fact, the Barnes letter is a part of the record. If it is not a part of the record, the Respondents may certainly

claim that there is nothing in the record to establish the existence of any genuine issues of material fact, but, given the fact that the Respondents have made it an exhibit to their Memorandum, the Petitioner should have the opportunity to move to expand the record, so that this Court may consider what the actions of the tribunal could have been in light of the letter and also in light of Ms. Barnes' conscious decision to have the tribunal rely on her false statement, by omission, that EOIR had jurisdiction over the Petitioner.

### AS TO RESPONDENT, BIA

11. On January 26, 2005, BIA attorney, Rachel McCarthy, filed a pleading entitled: U.S. CITIZENSHIP AND IMMIGRATION SERVICES STATEMENT OF ISSUES AND DESCRIPTION OF EVIDENCE AND STATEMENT OF RELEVANCE. For purposeS of abbreviation, the U.S. Citizenship and Immigration Services will be described as USCIS. A copy of the face sheet of that pleading, together with documents located in Exhibit 2 to the document, are attached as Exhibit D to this Motion. These documents were represented to the tribunal as forming a part of a case that was filed by the Petitioner on behalf of two clients.

12. Subsequent to reviewing these documents, the Petitioner conducted on online search on the USCIS website. In addition the documents where made a part of the Freedom of Information Act request. Finally, the Petitioner conducted a search to locate the alleged beneficiaries. The online search proved that the cases represented by the documents which Ms. McCarthy attached to the pleading, were counterfeit. The Freedom of Information Act request showed that Ms. McCarthy had manufactured more documents.

The search for the beneficiary revealed that, in fact, they had their permanent residency cards. These documents are attached as Exhibit E to this Motion.

13. Because the Respondents have refused to comply with the Order requiring the production of a certified copy of the index of the record, it is impossible for this Court, and the Petitioner, to confirm the Respondents' certification that there is nothing in the record to show the existence of any genuine issues of material fact, allowing for the entry of a summary judgment.

14. If Ms. McCarthy did make the online search results, together with the actual permanent residency cards a part of the record, but failed to advise the tribunal of the false documents, then a question of fact arises as to what the tribunal knew about the authentication of the documents, and when it was known to the tribunal. If Ms. McCarthy never made the documents a part of the record, then there was an intentional effort to deceive the tribunal, for which there arises a question of fact as to whether the tribunal, in relying on the allegations, statements, and documents of Ms. McCarthy, could have reached a decision on the question of jurisdiction as to BIA.

15. Until such time, therefore, as the certified index of the record is produced, any such motions for summary judgment should be stricken because, at the time of the filing of the motion for summary judgment, this Court, and the Petitioner could have no manner of knowing whether the certification is accurate. If the certification was accurate, moreover, in light of what is now known from the Freedom of Information Act search, the Petitioner would need to file a motion to expand the record. At that time, if the Respondents wished to file a motion for summary judgment, this Court could decide whether it would entertain such motion.

16. In the alternative, this Court may abate the Respondents' Motion for Summary Judgment, pending submission of the certified index of the record, and further response by the Petitioner.

WHEREFORE, the Petitioner requests the entry of an order granting his Second Motion to Strike Respondents' Motion for Summary Judgment or Motion to Abate Respondents' Motion for Summary Judgment.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of June, 2007, the original and one copy of the foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

Anthony E. Ramos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

        Petitioner,

vs.

                                        Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

        Respondents.

---

## PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF PETITONER'S SECOND MOTION TO STRIKE RESPONDENTS' MOTION FOR SUMMARY JUDGMENT OR PETITIONER'S MOTION TO ABATE RESPONDENTS' MOTION FOR SUMMARY JUDGMENT ON THE PETITION FOR REVIEW

## I.

## STATEMENT OF THE CASE AND OF THE FACTS

The Petitioner has filed a Second Motion to Strike Respondents' Motion for Summary Judgment or Petitioner's Motion to Abate Respondents' Motion for Summary Judgment on the Petition for Review.

The Petitioner has alleged that, because the Respondents have not complied with a Court order requiring the production of the certified copy of the index of the record below, this Court, and the Petitioner, have no manner of knowing whether the

Respondents certification concerning the absence of any genuine issues of material fact, was accurate at the time the Motion for Summary Judgment was filed by the Petitioner.

## II.

## POINTS AND AUTHORITIES

Rule 12 (f) of the Federal Rules of Civil Procedure provides for a motion to strike pleadings: "...the court may order stricken from any pleading any insufficient defense, or redundant, immaterial, impertinent or scandalous material."

Rule 56 of the Federal Rules of Civil Procedure provides: "(c ) The judgment shall be entered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file together with the affidavits, if any, show that there is no genuine issue of material fact and that the moving party is entitled to a judgment as a matter of law."

Local Rule 7 (h) requires: "Each motion for summary judgment shall be accompanied by a statement of material facts *to which the moving party contends there is no genuine issue...*"

In cases of a review of administrative proceedings, this Court will rely exclusively on the record of the proceedings, unless there is some reason to expand the record. In those cases, this Court will allow for the expansion of the record. *Fund for Animals v. Williams,* 391 F. Supp. 2d 191, 196-97 (D.D.C. 2005); *Becker v. The Weinberg Group, Inc., et. al.,* 473 F. Supp. 2d 48 (D.D.C. 2007); *American Wildlands v. Kempthorne,* 478 F. Supp. 2d 92 (D.D.C. 2007). In all cases, therefore, a motion for summary judgment

filed prior to the movant providing to the Court and to the party against whom the motion

is filed, a certified copy of the index of the record, should be deemed premature.


## III.

## CONCLUSION

The Petitioner's Second Motion to Strike Respondents' Motion for Summary

Judgment or Petitioner's Motion to Abate Petitioner's Motion for Summary Judgment

should be granted.



RESPECTFULLY SUBMITTED,


Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of June, 2007, the original and one copy of the
foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S.
mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney,
555 Fourth Street, NW, Washington, DC 20530



Anthony E. Ramos

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

       Petitioner,

vs.                                    Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

       Respondents.

---

## ORDER ON PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF PETITONER'S SECOND MOTION TO STRIKE RESPONDENTS' MOTION FOR SUMMARY JUDGMENT OR PETITIONER'S MOTION TO ABATE RESPONDENTS' MOTION FOR SUMMARY JUDGMENT ON THE PETITION FOR REVIEW

THIS CAUSE came on to be heard by this Court on the Petitioner's Second Motion to Strike Respondents' Motion for Summary Judgment or Petitioner's Motion to Abate Respondents' Motion for Summary Judgment on the Petition for Review, and the Court having reviewed the Motion, the Opposition of the Respondents, the Reply of the Petitioner, and the file, it is

CONSIDERED and ORDERED that:

1. The Motion be and the same is hereby GRANTED.

2. The Respondents Motion for Summary Judgment is hereby stricken for failure to

comply with the Order of Court requiring the production of a certified copy of the record

and for failure to comply with the requirements of Rule 56 of the Federal Rules of Civil

Procedure.


DONE and ORDERED in Chambers this _____ day of _____, 2007.



_____
U.S. District Judge


conformed copies to:

Anthony E. Ramos, pro se, Petitioner
1805 Key Blvd.
Apt. 513
Arlington, VA 22201

Robin M. Meriweather, Esquire, Counsel for Respondents
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

EXHIBIT A

# UNITED STATES COURT OF APPEALS
### DISTRICT OF COLUMBIA CIRCUIT
-------------------------------------------

No.    06-1248

Anthony E. Ramos, Petitioner

v.

Department of Justice, et al., Respondents

September Term, 2005



FILED:  JUL 1 0 2006

CLERK

### O R D E R

This case was filed and docketed on 7/6/06. The case was filed as a petition for review and was assigned the above number.

It is **ORDERED** that petitioner(s) shall submit the following document(s) (original and one copy required, unless otherwise noted) by the indicated date(s):

8/9/06 Docketing statement.
8/9/06 Statement of issues to be raised.
8/9/06 Certificate of Counsel (Cir. R. 28(a)(1)).
8/9/06 Two copies of the underlying decision.
8/9/06 Statement as to whether or not a deferred appendix under
       F.R.A.P. 30(c) will be utilized. (A motion will not be necessary.)
8/9/06 Original and four copies of procedural motions which would affect
       the calendaring of this case.
8/24/06 Dispositive motions, if any. See Cir. R. 27(g).
       (Original and four copies.)

It is **FURTHER ORDERED** that respondent(s) shall submit the following document(s) (original and one copy required, unless otherwise noted) by the indicated date(s):

8/24/06 Entry of Appearance form.
8/24/06 Certified Index to Record.
8/9/06 Original and four copies of procedural motions which would affect
       the calendaring of this case.
8/24/06 Dispositive motions, if any. See Cir. R. 27(g).
       (Original and four copies.)

It is **FURTHER ORDERED** that briefing in this case is deferred pending further order of the Court.

The Clerk is directed to certify and transmit a copy of this order, along with the petition for review, to respondent(s).

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Tara A. Glover, Deputy Clerk

EXHIBIT B

U. S. Department of Justice

Executive Office for Immigration Review

Office of the General Counsel

Bar Counsel

5107 Leesburg Pike, Suite 2600
Falls Church, Virginia 22041

January 17, 2003

Eric M. Turner
Chief/Branch Disciplinary Counsel
The Florida Bar
Cypress Financial Center, Suite 835
5900 North Andrews Avenue
Ft. Lauderdale, Florida

RE: OGC/Ramos
U2003-016

Dear Mr. Turner:

This office is in receipt of a disciplinary complaint that you filed on behalf of The Florida Bar against Anthony Emelio Ramos. At this stage, the matter is confidential under the Rules and Procedures of Professional Conduct for Practitioners ("Rules"), 8 C.F.R. § 3.108, except for necessary disclosures in the course of our preliminary inquiry.

In sum, you state Mr. Ramos was disbarred by the Supreme Court of Florida on December 22, 1997, but has continued to practice immigration law through an organization known as "All American Immigration Association" in West Palm Beach, Florida.

Please be advised that the Executive Office for Immigration Review ("EOIR") has disciplinary jurisdiction over practitioners where the conduct involves a matter before the immigration courts or the Board of Immigration Appeals (e.g., removal proceeding). By contrast, the Immigration and Naturalization Service ("Service") has disciplinary jurisdiction over immigration practitioners where the conduct involves a matter before that agency (e.g., visa petition).

After a thorough search of our database, we have determined that Mr. Ramos has never appeared as the attorney of record in any cases before EOIR. Consequently, we have no authority to initiate a preliminary inquiry into this matter. Given that Mr. Ramos appears to be conducting his immigration practice in cases handled by the Service, we have forwarded a copy of your complaint to the Service for whatever purpose it deems appropriate.

Sincerely,

Jennifer J. Barnes
Bar Counsel

cc:     Roger Segerman (w/enclosure)
        Appellate Counsel's Office
        Immigration and Naturalization Service
        5113 Leesburg Pike
        Room 200
        Falls Church, VA 22041

Exhibit
2

3

EXHIBIT C

**UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
BOARD OF IMMIGRATION APPEALS**

In the Matter of

ANTHONY E. RAMOS,

      Respondent.

)
)
)
)
)
)
)
)
)

Disciplinary Case # D2003-016

**GOVERNMENT'S MOTION TO BROADEN THE SCOPE OF THE PETITION FOR
IMMEDIATE SUSPENSION**

The Office of the Chief Counsel, Citizenship and Immigration Services for the

Department of Homeland Security has petitioned the Board of Immigration Appeals ("Board") to

immediately suspend **Anthony E. Ramos** pursuant to 8 C.F.R. § 1292.3(c)(1) of the Rules and

Procedures of Professional Conduct for Practitioners.  Pursuant to that same provision, the Office

of the General Counsel for the  Executive Office for Immigration Review moves to join in this

action and petitions the Board to broaden the scope of any immediate suspension so that it also

applies to the practitioner's authority to practice before the Executive Office for Immigration

Review, (i.e. Board and Immigration Courts).  By this petition, the Executive Office for

Immigration Review respectfully requests that any order immediately suspending **Anthony E.**

**Ramos** from practice before the Department of Homeland Security also suspends respondent

from practice before the Executive Office for Immigration Review, (i.e. Board and Immigration

Courts).


Dated: *November 4, 2004*                    Respectfully submitted,


                                             *Jennifer Barnes*
                                             Jennifer J. Barnes
                                             Bar Counsel

                                             Office of the General Counsel
                                             5107 Leesburg Pike
                                             Suite 2600
                                             Falls Church, VA 22041
                                             703-305-0470

EXHIBIT D

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
BOARD OF IMMIGRATION APPEALS

_____

In the Matter of                                    )
                                                    )
ANTHONY ELADIO RAMOS                                )     Disciplinary Case #D 2003-016
                                                    )
          Respondent                                )
                                                    )
_____                    )

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
STATEMENT OF ISSUES
AND
DESCRIPTION OF EVIDENCE AND STATEMENT OF RELEVANCE

U.S. Citizenship and Immigration Services (USCIS), by its counsel, as

directed by the January 11, 2005 ORDER of Daniel Echavarren, Assistant Chief

Immigration Judge (ORDER), submits this document for consideration of the

adjudicating official in these disciplinary proceedings.

Statement of Issues

ISSUE ONE:        Whether Respondent is the subject of a final order of disbarment

                  issued by the Supreme Court of the State of Florida in 1997.

                  USCIS Position:  Yes.  As noted in the ORDER, Respondent

                  admits that he was disbarred.

ISSUE TWO:        Whether a rebuttable presumption of professional misconduct as

                  set forth in 8 C.F.R. §1003.103(b)(2) has been established upon

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
BOARD OF IMMIGRATION APPEALS

In the Matter of          )
                          )
                          )
ANTHONY ELADIO RAMOS      )          Disciplinary Case #D 2003-016
                          )
          Respondent      )
                          )
                          )

USCIS Exhibit 2

# THE UNITED STATES OF AMERICA

| ReceiptNumber | | Case Type: |
|---|---|---|
| MSC-04-048-14626 | | I-765 - Application for Employment Authorization Document |

| Received Date: | Priority Date: | Applicant |
|---|---|---|
| November 17, 2003 | | FERREIRA, ANTONIO |

| Notice Date: | Page 1 OF 1 | |
|---|---|---|
| November 23, 2004 | | |

ANTHONY RAMOS
1025 CONNECTICUT AVE NW STE 1012
WASHINGTON DC 20036

**NOTICE TYPE: Rejection Notice**

---

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X    The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

The principal application could not be accepted for the reason(s) specified on the related Notice of Action (Form I-797). Therefore the processing of all riding applications cannot continue.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov for further information.

0000

---

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



0003101          0000056283          Form I-797C (Rev. 11/28/03) N

# THE UNITED STATES OF AMERICA

| ReceiptNumber<br>MSC-04-048-14627 | | Case Type:<br>I-765 - Application for Employment Authorization Document |
|---|---|---|
| Received Date:<br>November 17, 2003 | Priority Date: | Applicant<br><br>FERREIRA, SONIA |
| Notice Date:<br>November 23, 2004 | Page 1 OF 1 | |

ANTHONY RAMOS
1025 CONNECTICUT AVE NW STE 1012
WASHINGTON DC 20036

**NOTICE TYPE: Rejection Notice**

---

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X     The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

The principal application could not be accepted for the reason(s) specified on the related Notice of Action (Form I-797). Therefore the processing of all riding applications cannot continue.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov for further information.

---

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



## THE UNITED STATES OF AMERICA

| ReceiptNumber<br>MSC-04-048-14629 | | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|---|
| Received Date:<br>November 17, 2003 | Priority Date: | Applicant<br><br>FERREIRA, SONIA |
| Notice Date:<br>November 23, 2004 | Page 1 OF 1 | |

| ANTHONY RAMOS<br>1025 CONNECTICUT AVE NW STE 1012<br>WASHINGTON DC 20036 | **NOTICE TYPE:  Rejection Notice** |
|---|---|

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X     Based on the information you provided, your priority date could not be established.  Please resubmit your
        application with the proper documentation to the address listed on the bottom of this notice.

The following documents may be provided:

Your original Form I-130, (Petition for Alien Relative) if you are filing concurrently; or

Your original Form I-360, (Petition for Ameriasian, Widow(er), or Special Immigrant) if you are filing
concurrently; or

A copy of your Form I-797, (Notice of Action) if the petition has already been filed/approved; or

Other evidence that an immigration visa petition has been filed/approved on your behalf.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at  1-800-375-5283.  For
TDD hearing impaired assistance, please call  1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  for
further information.

---

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



0003101          0000056283          Form I-797C (Rev. 11/28/03) N



**I-797C, Notice of Action**

| | |
|---|---|
| ReceiptNumber<br>MSC-04-048-14631 | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |

| Received Date:<br>November 17, 2003 | Priority Date: | Applicant<br><br>FERREIRA, ANTONIO |
|---|---|---|
| Notice Date:<br>November 23, 2004 | Page 1 OF 1 | |

| | |
|---|---|
| ANTHONY RAMOS<br>1025 CONNECTICUT AVE NW STE 1012<br>WASHINGTON DC 20036 | **NOTICE TYPE: Rejection Notice** |

---

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

    X     Based on the information you provided, your priority date could not be established. Please resubmit your application with the proper documentation to the address listed on the bottom of this notice.

         The following documents may be provided:

            Your original Form I-130, (Petition for Alien Relative) if you are filing concurrently; or

            Your original Form I-360, (Petition for Ameriasian, Widow(er), or Special Immigrant) if you are filing concurrently; or

            A copy of your Form I-797, (Notice of Action) if the petition has already been filed/approved; or

            Other evidence that an immigration visa petition has been filed/approved on your behalf.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov for further information.

---

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



0003101          0000056283          Form I-797C (Rev. 11/28/03) N

EXHIBIT E

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number: MBC-04-048-1463 | | Case Type: I-485 - Application to Register Permanent Residence or Adjust Status | |
|---|---|---|---|
| Received Date: November 17, 2003 | Priority Date: | Applicant | |
| Notice Date: November 23, 2004 | Page 1 OF 1 | FERREIRA, ANTONIO | |

ANTHONY RAMOS
1025 CONNECTICUT AVE NW STE 1012
WASHINGTON DC 20036

**NOTICE TYPE: Rejection Notice**

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X    Based on the information you provided, your priority date could not be established. Please resubmit your application with the proper documentation to the address listed on the bottom of this notice.

The following documents may be provided

Your original Form I-130, (Petition for Alien Relative) if you are filing concurrently; or

Your original Form I-360, (Petition for Ameriasian, Widow(er), or Special Immigrant) if you are filing concurrently; or

A copy of your Form I-797, (Notice of Action) if the petition has already been filed/approved; or

Other evidence that an immigration visa petition has been filed/approved on your behalf.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

f you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov for urther information.

'S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
O. Box 805887
hicago, IL 60680-4120
tional Customer Service Center: 1-800-375-5283



0003101      0000056283

Form I-797C/P

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type: |
|---|---|---|
| Received Date:<br>November 17, 2003 | Priority Date: | Supplement A to Form I-485 - Adjustment of Status Under Section 245(i) |
| | | Applicant     A076939347 |
| Notice Date:<br>November 23, 2004 | Page 1 OF 1 | FERREIRA, ANTONIO |

ANTHONY RAMOS
1025 CONNECTICUT AVE NW STE 1012
WASHINGTON DC 20036

**NOTICE TYPE:  Rejection Notice**

---

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X      The Form I-485, Supplement A you submitted could not be matched to the original Form I-485 you filed at this location.  Please resubmit your Form I-485, Supplement A along with a copy of your Form I-485 receipt notice.  If you filed your Form I-485 at a different BCIS location, please file your Form I-485, Supplement A at that location.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283.  For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at  www.BCIS.gov  for further information.

US BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
O. Box 805887
hicago, IL 60680-4120
tional Customer Service Center: 1-800-375-5283

0003101           0000056283

I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| Receipt Number<br>MSC-04-048-14629 | Case Type:<br>I-485 - Application to Register Permanent Residence or Adjust Status |
|---|---|
| Received Date:<br>November 17, 2003 | Priority Date | Applicant |
| Notice Date:<br>November 23, 2004 | Page 1 OF 1 | FERREIRA, SONIA |

ANTHONY RAMOS
1025 CONNECTICUT AVE NW STE 1012
WASHINGTON DC 20036

NOTICE TYPE: Rejection Notice

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X    Based on the information you provided, your priority date could not be established. Please resubmit your application with the proper documentation to the address listed on the bottom of this notice.

The following documents may be provided:

Your original Form I-130, (Petition for Alien Relative) if you are filing concurrently; or

Your original Form I-360, (Petition for Ameriasian, Widow(er), or Special Immigrant) if you are filing concurrently; or

A copy of your Form I-797, (Notice of Action) if the petition has already been filed/approved; or

Other evidence that an immigration visa petition has been filed/approved on your behalf.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov for further information.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283



0003101

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type: |
|---|---|---|
| Received Date:<br>November 17, 2003 | Priority Date: | Supplement A to Form I-485 - Adjustment of Status Under Section 245(i)<br>Applicant |
| Notice Date:<br>November 23, 2004 | Page 1 OF 1 | FERREIRA, SONIA |

ANTHONY RAMOS
1025 CONNECTICUT AVE NW STE 1012
WASHINGTON DC 20036

**NOTICE TYPE:  Rejection Notice**

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X    The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

The principal application could not be accepted for the reason(s) specified on the related Notice of Action (Form I-797). Therefore the processing of all riding applications cannot continue.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov for further information.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283

0003101      0000056283

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number MSC-04-048-14626 | | Case Type. I-765 - Application for Employment Authorization Document | |
|---|---|---|---|
| Received Date: November 17, 2003 | Priority Date: | Applicant | |
| Notice Date: November 23, 2004 | Page 1 OF 1 | FERREIRA, ANTONIO | |

ANTHONY RAMOS
1025 CONNECTICUT AVE NW STE 1012
WASHINGTON DC 20036

**NOTICE TYPE: Rejection Notice**

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X     The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

The principal application could not be accepted for the reason(s) specified on the related Notice of Action (Form I-797). Therefore the processing of all riding applications cannot continue.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov for further information.

U S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
P.O. Box 805887
Chicago, IL 60680-4120
National Customer Service Center: 1-800-375-5283

0000



0003101     0000056283

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt Number | | Case Type: | |
| --- | --- | --- | --- |
| MSC-04-048-14627 | | I-765 - Application for Employment Authorization Document | |
| Received Date: November 17, 2003 | Priority Date: | Applicant | |
| Notice Date: November 23, 2004 | Page 1 OF 1 | FERREIRA, SONIA | |

ANTHONY RAMOS
1025 CONNECTICUT AVE NW STE 1012
WASHINGTON DC 20036

**NOTICE TYPE:** Rejection Notice

The application/petition you filed along with any fee you submitted is being returned to you for the following reason(s):

X    The entire application package you filed along with any fees you submitted is being returned to you for the following reason(s):

The principal application could not be accepted for the reason(s) specified on the related Notice of Action (Form I-797). Therefore the processing of all riding applications cannot continue.

If you need additional assistance, please contact the BCIS National Customer Service Center (NCSC) at 1-800-375-5283. For TDD hearing impaired assistance, please call 1-800-767-1833.

If you have Internet access, please visit the Bureau of Citizenship and Immigration Services website at www.BCIS.gov for further information.

J S BUREAU OF CITIZENSHIP AND IMMIGRATION SERVICES
.O. Box 805887
hicago, IL 60680-4120
ational Customer Service Center: 1-800-375-5283



0003101        C000056283

# U.S. Citizenship and Immigration Services

EZY ONLY   HOME   WHAT'S NEW   FAQS   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTPAGE

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

Call Status and
Information

Case Status Online

  Case Status
  Search

  Register

  Login

  Case Status
  FAQs

### Case Status Search Page

Validation Error(s)
You must correct the following error(s) before proceeding:

- Status for this Receipt Number cannot be found at this time in this automated system. Please check your case receipt number to see if it is correct. If you have questions or concerns about your case status, please contact the service center where you submitted your application.

To view the status of a case, please enter the corresponding application receipt number. The 13-character application receipt number can be found on application notices you have received from the USCIS. It begins with three letters such as (EAC, WAC, LIN, or SRC). Dashes ("-") should be omitted when entering a receipt number. However, all other characters, including asterisks ("*"), can be included if listed on your notice as part of the receipt number. See the FAQs for additional information on this system.

Application Receipt Number     msc0404814631

[ Search ]

04-05-2005 12:00 PM EDT

*MSC - 04 - 048 - 14631*

Page 1 o

**U.S. Citizenship and Immigration Services**

TEXT ONLY    HOME    WHAT'S NEW    FAQS    SEARCH    GLOSSARY    FEEDBACK    TRANSLATE    HOMEPAGE

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

Call Scripts and
Information

Case Status Online

  Case Status
  Search

  Register

  Login

  Case Status
  FAQs

Case Status Search Page

Validation Error(s)
You must correct the following error(s) before proceeding:

- Status for this Receipt Number cannot be found at this time in this automated system. Please check your case receipt number to see if it is correct. If you have questions or concerns about your case status, please contact the service center where you submitted your application.

To view the status of a case, please enter the corresponding application receipt number. The 13-character application receipt number can be found on application notices you have received from the USCIS. It begins with three letters such as (EAC, WAC, LIN, or SRC). Dashes ("-") should be omitted when entering a receipt number. However, all other characters, including asterisks ("*"), can be included if listed on your notice as part of the receipt number. See the FAQs for additional information on this system.

Application Receipt Number          msc0404814629

[ Search ]

04-05-2005 12:02 PM EDT

MSC-04-048-14629

ov.immigration.gov/cris/caseStatusSearch.do

4/5/2005

Page 1 o

# U. S. Citizenship and Immigration Services

TEXT ONLY   HOME   WHAT'S NEW   FAQs   SEARCH   GLOSSARY   FEEDBACK   TRANSLATE   PRINTABLE

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

Call Scripts and
Information

Case Status Online

Case Status
Search

Register

Login

Case Status
FAQs

## Case Status Search Page

**Validation Error(s)**
You must correct the following error(s) before proceeding:

- Status for this Receipt Number cannot be found at this time in this automated system. Please check your case receipt number to see if it is correct. If you have questions or concerns about your case status, please contact the service center where you submitted your application.

To view the status of a case, please enter the corresponding application receipt number. The 13-character application receipt number can be found on application notices you have received from the USCIS. It begins with three letters such as (EAC, WAC, LIN, or SRC). Dashes ("-") should be omitted when entering a receipt number. However, all other characters, including asterisks ("*"), can be included if listed on your notice as part of the receipt number. See the FAQs for additional information on this system.

Application Receipt Number        msc0404814627

[ Search ]

04-05-2005 12:05 PM EDT

*MSC 0704814627*

4/5/2005

U.S. Citizenship and Immigration Services

TEXT ONLY    HOME    WHAT'S NEW    FAQS    SEARCH    GLOSSARY    FEEDBACK    TRANSLATE    PRINT PAGE

Immigration Services
and Benefits

National Customer
Service Call Center
(NCSC)

Call Scripts and
Information

Case Status Online

  Case Status
  Search

  Register

  Login

  Case Status
  FAQs

### Case Status Search Page

Validation Error(s)
You must correct the following error(s) before proceeding:

- Status for this Receipt Number cannot be found at this time in this automated system. Please check your case receipt number to see if it is correct. If you have questions or concerns about your case status, please contact the service center where you submitted your application.

To view the status of a case, please enter the corresponding application receipt number. The 13-character application receipt number can be found on application notices you have received from the USCIS. It begins with three letters such as (EAC, WAC, LIN, or SRC). Dashes ("-") should be omitted when entering a receipt number. However, all other characters, including asterisks ("*"), can be included if listed on your notice as part of the receipt number. See the FAQs for additional information on this system.

Application Receipt Number          msc0404814626

[ Search ]

04-05-2005 12:03 PM EDT

*MSC 04048 14626*



**PERMANENT RESIDENT CARD**

NAME FERREIRA, ANTONIO

A# 029-351-841



Birthdate  Categpry  Sex
05/26/46            M

Country of Birth
Brazil

04/05/16

Resident Since  03/20/06

C1USA0293518414SRC0613650489<<
4605263M1604058BRA<<<<<<<<<<<1
FERREIRA<<ANTONIO<<<<<<<<<<<<<

**PERMANENT RESIDENT CARD**

NAME FERREIRA, SONIA M

A# 097-931-698



Birthdate  Category     Sex
08/29/          F
Country o
Brazil
CARD
Resident since 02/16
Resident Exp. 04/17/06



C1USA0979315982SRC0615950574<<
6008293F1605022BRA<<<<<<<<<<<2
FERREIRA<<SONIA<M<<<<<<<<<<<<