UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

    Petitioner,

vs.                                              Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

## PRAECIPE

The Clerk of said Court will take notice that, on June 5, 2007, in compliance with Rule 11 of the Federal Rules of Civil Procedure, the Petitioner served on the Respondents his Motion for Sanctions and that, pursuant to said Rule, the said Motion has not been filed with this Court until such time as the Respondents have had the opportunity to take action pursuant to said Rule, or the expiration of 21 days, whichever comes first.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA
202-321-7969
tramos520@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of June, 2006, the original and two copies of the foregoing were mailed to the clerk via U.S. mail, and that a copy was sent via U.S. mail and email to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos