# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY E. RAMOS, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:06CV01941(RMU) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF FILING ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that on the 11th day of June, 2007, Defendants filed the certified Administrative Record, in two volumes, in the above-captioned case. The Administrative Record is in paper form only, in accordance with Local Civil Rule 5.4(e)(1). This Record is on file with the Clerk's Office and available for public viewing. An index of the materials in the Record is attached as Exhibit 1 to this Notice.

Dated June 11, 2007                     Respectfully submitted,

                                              /s/ Jeffrey A. Taylor
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                          /s/ Rudolph Contreras
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

                                        /s/ Robin M. Meriweather
                                       ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                       Assistant United States Attorney
                                       555 Fourth St., N.W.
                                       Washington, D.C. 20530
                                       Phone: (202) 514-7198  Fax: (202) 514-8780
                                       Robin.Meriweather2@usdoj.gov

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of June, 2007, I caused the foregoing Notice to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff, with a copy of the Administrative Record, by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos
1805 Key Blvd
Apartment 513
Arlington, VA 22201

                                          /s/ Robin M. Meriweather
                                 Robin M. Meriweather, DC Bar # 490114

# INDEX FOR
# ANTHONY E. RAMOS v. DEPARTMENT OF JUSTICE
### Civil Action No.: 06-01941 (RMU)

| | |
|---|---|
| (1) Declaration of Jessica McAllum, Executed December 6, 2004. | 000001-000002 |
| (2) Decision of the BIA, December 6, 2004. | 000003-000005 |
| (3) Ramos' Response to USCIS' Response to Respondent's Verified Motion to Strike Petition, Motion to Strike Notice of Intent to Discipline, Answer to Petition, Answer to Notice of Intent to Discipline, Motion for Summary Judgment, Motion for Immediate Hearing, November 29, 2004 | 000006-000012 |
| (4) Ramos' First Supplement to Verified Motion to Strike Petition, Motion to Strike Notice of Intent to Discipline, Answer to Petition, Answer to Notice of Intent to Discipline, Motion for Summary Judgment, Demand for Hearing and Motion for Emergency Hearing, November 24, 2004 | 000013-000020 |
| (5) Packet from USCIS containing: (a) USCIS Motion to Strike Discovery; (b) USCIS Response to Respondent's Verified Motion to Strike Petition, Motion to Strike Notice of Intent to Discipline, Answer to Petition, Answer to Notice of Intent to Discipline, Motion for Summary Judgment, and Motion for Immediate Hearing, November 23, 2004. | 000021-000047 |
| (6) Ramos' Notice of Service of Interrogatories; Respondent's Request to Produce; and Respondent's Request for Admissions, November 12, 2004. | 000050-000057 |
| (7) Ramos' Verified Motion to Strike Petition, Motion to Strike Notice of Intent to Discipline, Answer to Petition, Answer to Notice of Intent to Discipline, Motion for Summary Judgment, Demand for Hearing and Motion for Emergency Hearing, November 10, 2004 | 000058-000135<br>000428-000436 |
| (8) EOIR-Office of the General Counsel Motion to Broaden the Scope of the Petition for Immediate Suspension, November 4, 2004. | 000140-000141 |
| (9) EOIR-Office of the General Counsel Motion to Join for Reciprocal Discipline, November 4, 2004. | 000142-000144 |
| (10) Petition for Immediate Suspension with attachments | 000145-000203 |

| | Description | Bates |
|---|---|---|
| | Order of Supreme Court of Florida disbarring Ramos | 000147 |
| | Referee's Report | 000148-000203 |
| (11) | USCIS' Notice of Intent to Discipline (with attachments) | 000204-000238 |
| (12) | Briefing Schedule for the BIA, April 26, 2005 | 000241-000242 |
| (13) | Immigration Judge Order Returning the Matter to the BIA, April 25, 2005 | 000243, 000247 |
| (14) | Order of Assistant Chief Immigration Judge Denying Respondent's Motion for Rehearing of Order Dated March 17, 2005. (March 29, 2005) | 000244, 000251-000253 |
| (15) | Order of EOIR Expelling Respondent from Practice of Law Before Immigration Courts, the Board of Immigration Appeals, and the DHS, March 17, 2005. | 000245-000246, 000265-000268 |
| (16) | BIA Acknowlegment of Receipt of Ramos' Appeal | 000248 |
| (17) | Notice of Appeal to BIA of Decision of Adjudicating Official in Practitioner Disciplinary Case, Filed May 14, 2005. | 000249-000250 |
| (18) | Respondent's Motion for Rehearing on Order, Dated March 17, 2005 (March 29, 2005) | 000254-000264 |
| (19) | Letter from Ramos to first Chief Immigration Judge Daniel Echavarren, dated February 23, 2005 | 000269-000271 |
| (20) | Letter from Rachel A. McCarthy, Associate Ethics Counsel, USCIS to Judge Echavarren, dated February 17, 2005 | 000272 |
| (21) | Respondent's First Supplement to Respondent's Memorandum of Law, February 13, 2005 | 000273-000278 |
| (22) | Letter from Ramos to Judge Echavarren, dated February 7, 2005 (with attachments) | 000279-000304 |
| (23) | Letter from Ramos to Judge Echavarren, dated February 2, 2005 | 000295-000296 |
| (24) | Respondent's Notice of Compliance | 000305-000309 |

    with Order dated January 11, 2005
    (filed on February 1, 2005)

(25) USCIS Statement of Issues and Description         000310-000412
     of Evidence and Statements of Relevance
     with Four Exhibits attached.

(26) Letter from Ramos to Judge Eshavarren           000413-000414
     (Dated December 15, 2004)

(27) Respondent Ramos' Memorandum of Law          000415-427
     In Support of All Pending Motions
     Received January 21, 2005

(28) Order by Judge Echavareen that the parties        000437-000440
     cease filing any additional pleadings with         000443-000445
     the Court, January 5, 2005.                            000447-000450

(29) Order by Judge Echavareen, January 11, 2005       000441-000442

(30) Letter from Chief Clerk of Immigration Court       000446-000451
     Anthony A. Padden to the parties, January 3, 2005

(31) USCIS' Response to Respondent's Motion to Set     000452-000456
Aside Order of Suspension (Received January 3, 2005)

(32) USCIS' Memorandum of Law in Support of        000457-000468
     All Pending Motions, (Received December 17, 2004)

(33) Respondent Ramos' Response to Plaintiff's Motion   000469-000472
     to Strike (Received December 17, 2004)

(34) Ramos' letter to Chief Clerk Frank Krider,        000473-000474
     dated December 14, 2004.

(35) Ramos' Motion to Set Aside Order of Suspension    000475-000482
     (Received December 13, 2004)

(36) USCIS' Response to Respondent's Pleading dated    000483-000487
     November 29, 2004 (Received December 10, 2004)

(37) USCIS' Motion to Strike Supplemental Interrogatories,   000488-000489
Request to Produce, and Request For A Deposition of
Corporate Representative (Received December 10, 2004)

(38) BIA's Decision, <u>In re Anthony E. Ramos, Attorney</u>,   000492-000498
     Filed 2003-016, November 15, 2005

| | |
|---|---|
| (39) Letter from Carolyn A. Elliot to Rachel A. McCarthy, USCIS, Senior Legal Advisor, October 12, 2005 | 000499 |
| (40) Letter from Ramos to Lori L. Scialabba, Chair of BIA, August 2, 2005. | 000500-000502 |
| (41) Letter from Rachel A. McCarthy to Lori L. Scialabba, Chair of BIA, July 28, 2005 | 000503-000505 |
| (42) BIA's Decision, In Re Anthony E. Ramos, Attorney, July 25, 2005. | 000506-000511 |
| (43) Appellant Ramos' Reply Brief | 000512-000516 |
| (44) Briefing Schedule, April 26, 2005 | 000517-000518 |
| (45) USCIS' Brief in Opposition to Ramos' Appeal (Received June 3, 2005) | 000519-000528 |
| (46) Ramos' 5/18/05 letter to BIA Appeals Support Team (Attached: Notice of Appeal to BIA, filed May 14, 2005) | 000529-000534 |
| (47) Appellant Ramos' Brief (with attached Exhibits) | 000535-000623 |
| (48) Ramos' Notice of Filing Previously Filed Record Pleadings (Received May 4, 2005) | 000625-000735 |
| (49) Letter from Jessica McAllum, Program and Management Analyst, BIA to Anthony Ramos with Attachment ("Unofficial Listings of Contents of Attorney Discipline Records Relating to Ramos"), August 8, 2006 | 000736-000739 |
| (50) Letter from Anthony E. Ramos to Jessica McAllum, August 3, 2006 | 000740, 000743-000744 |
| (51) Letter from Jessica McAllum to Anthony E. Ramos with instructions for filing a FOIA Request enclosed, August 2, 2006 | 000745-000747 |
| (52) Letter from Ramos to Frank Krider, Chief Clerk of BIA, July 31, 2006 | 000748-000749 |
| (53) BIA Decision and Order (July 19, 2006) | 000750-000751 |
| (54) USCIS' Response to Ramos' Third Supplement to Motion to Vacate Disciplinary Orders | 000753-000756 |

(Received June 9, 2006)

| | |
|---|---|
| (55) USCIS' Response to Respondent's Motion for Scheduling Order (Received June 9, 2006) | 000757-000761 |
| (56) Respondent's Third Supplement to Motion to Vacate Disciplinary Orders (Received June 2, 2006) | 000765-000767 |
| (57) Ramos' Motion for Scheduling Order (Received June 2, 2006) | 000768-000770 |
| (58) Order, dated June 7, 2006 | 000771-000773 |
| (59) Letter from Olekanma Ekokwe to Frank Krider, Chief Clerk of the Board (Dated May 11, 2006) | 000774-000775 |
| (60) Letter from Olekanman Ekokwe to Rachel A. McCarthy (Dated May 9, 2006) | 000776-000778 |
| (61) USCIS' Response to Respondent Anthony E. Ramos' First Supplement to Vacate Disciplinary Motions (Received May 4, 2006) | 000780-000782 |
| (62) USCIS' Response to Respondent's Second Supplement to Motion to Vacate Disciplinary Orders (Received May 4, 2006) | 000783-000785 |
| (63) Letter from Rachel McCarthy, Ethics Counsel, USCIS, to Olekanme Ekekwe, May 2, 2006 | 000786 |
| (64) Notice of Taking Deposition of Christopher C. Dix | 000787-000788 000800-000802 |
| (65) Subpoena Duces Tecum for the Deposition of Christopher C. Dix | 000789-000790 |
| (66) Respondent's Second Supplement to Motion to Vacate Disciplinary Order (Filed May 1, 2006) | 000791-000793 |
| (67) Ramos' Reply to Response of USCIS' Motion to Vacate Disciplinary Orders (filed April 20, 2006) | 000795-000797 |
| (68) Ramos' First Supplement to Motion to Vacate Disciplinary Orders (April 25, 2006) | 000798-000799 |

(69) E-mail from Christopher Dix to Rachel McCarthy  
    (dated November 17, 2005)                                      000800

(70) USCIS' Response to Ramos' Motion to Vacate  
    Disciplinary Orders (April 13, 2006)                       000804-000806

(71) Ex Parte Sheet (with attachments)  
    to Clerk of Tribunal to Olekanma A. Ekekew, Esq.         000807-000809

(72) Respondent Ramos' Motion to Vacate  
    Disciplinary Orders (April 6, 2006)                        000810-000815

(73) E-mail from Eric Turner to Rachel A. McCarthy,  
    Dated January 31, 2005.                                        000816

(74) Letter from Jennifer L. Barnes, Bar Counsel, EOIR,  
    Office of General Counsel to Eric M. Turner,  
    Chief Branch Disciplinary Counsel, the Florida Bar,  
    January 17, 2003                                              000817

(75) Ramos' Request for Evidentiary Hearing Motion to  
    Vacate Disciplinary Orders, Received April 6, 2006     000819-000820

(76) USCIS' Response to Respondent Ramos' Motion to  
    Vacate Disciplinary Orders & Request for Evidentiary  
    Hearing (Received February 10, 2006)                000824-000827

(77) BIA Order, February 2, 2006                            000828-000830

(78) Appellant Ramos' Response to USCIS'  
    Response to Ramos' Motion for Rehearing  
    (Received December 13, 2005)                         000831-000834

(79) USCIS' Response to Appellant Ramos'  
    Motion for Rehearing (Received December 8, 2005)    000835-000837

(80) Appellant Ramos' Motion for Rehearing (with exhibits)  
    (Filed December 1, 2005)                                 000842-000926