# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY E. RAMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:06CV01941(RMU) |
| ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that on the 11th day of June, 2007, Defendants filed the certified Administrative Record, in two volumes, in the above-captioned case. The Administrative Record is in paper form only, in accordance with Local Civil Rule 5.4(e)(1). This Record is on file with the Clerk's Office and available for public viewing. An index of the materials in the Record is attached as Exhibit 1 to this Notice.

Dated June 11, 2007                     Respectfully submitted,

                                                    /s/ Jeffrey A. Taylor
                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                          United States Attorney

                                                  /s/ Rudolph Contreras
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

                                                  /s/ Robin M. Meriweather
                                          ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                          Assistant United States Attorney
                                          555 Fourth St., N.W.
                                          Washington, D.C. 20530
                                          Phone: (202) 514-7198  Fax: (202) 514-8780
                                          Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of June, 2007, I caused the foregoing Notice to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff, with a copy of the Administrative Record, by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos  
1805 Key Blvd  
Apartment 513  
Arlington, VA 22201

                                /s/ Robin M. Meriweather  
                              Robin M. Meriweather, DC Bar # 490114

# INDEX FOR
# ANTHONY E. RAMOS v. DEPARTMENT OF JUSTICE
### Civil Action No.: 06-01941 (RMU)

| | |
|---|---|
| (1) Declaration of Jessica McAllum, Executed December 6, 2004. | 000001-000002 |
| (2) Decision of the BIA, December 6, 2004. | 000003-000005 |
| (3) Ramos' Response to USCIS' Response to Respondent's Verified Motion to Strike Petition, Motion to Strike Notice of Intent to Discipline, Answer to Petition, Answer to Notice of Intent to Discipline, Motion for Summary Judgment, Motion for Immediate Hearing, November 29, 2004 | 000006-000012 |
| (4) Ramos' First Supplement to Verified Motion to Strike Petition, Motion to Strike Notice of Intent to Discipline, Answer to Petition, Answer to Notice of Intent to Discipline, Motion for Summary Judgment, Demand for Hearing and Motion for Emergency Hearing, November 24, 2004 | 000013-000020 |
| (5) Packet from USCIS containing: (a) USCIS Motion to Strike Discovery; (b) USCIS Response to Respondent's Verified Motion to Strike Petition, Motion to Strike Notice of Intent to Discipline, Answer to Petition, Answer to Notice of Intent to Discipline, Motion for Summary Judgment, and Motion for Immediate Hearing, November 23, 2004. | 000021-000047 |
| (6) Ramos' Notice of Service of Interrogatories; Respondent's Request to Produce; and Respondent's Request for Admissions, November 12, 2004. | 000050-000057 |
| (7) Ramos' Verified Motion to Strike Petition, Motion to Strike Notice of Intent to Discipline, Answer to Petition, Answer to Notice of Intent to Discipline, Motion for Summary Judgment, Demand for Hearing and Motion for Emergency Hearing, November 10, 2004 | 000058-000135 000428-000436 |
| (8) EOIR-Office of the General Counsel Motion to Broaden the Scope of the Petition for Immediate Suspension, November 4, 2004. | 000140-000141 |
| (9) EOIR-Office of the General Counsel Motion to Join for Reciprocal Discipline, November 4, 2004. | 000142-000144 |
| (10) Petition for Immediate Suspension with attachments | 000145-000203 |

| | |
|---|---|
| Order of Supreme Court of Florida disbarring Ramos | 000147 |
| Referee's Report | 000148-000203 |
| (11) USCIS' Notice of Intent to Discipline (with attachments) | 000204-000238 |
| (12) Briefing Schedule for the BIA, April 26, 2005 | 000241-000242 |
| (13) Immigration Judge Order Returning the Matter to the BIA, April 25, 2005 | 000243, 000247 |
| (14) Order of Assistant Chief Immigration Judge Denying Respondent's Motion for Rehearing of Order Dated March 17, 2005. (March 29, 2005) | 000244, 000251-000253 |
| (15) Order of EOIR Expelling Respondent from Practice of Law Before Immigration Courts, the Board of Immigration Appeals, and the DHS, March 17, 2005. | 000245-000246, 000265-000268 |
| (16) BIA Acknowlegment of Receipt of Ramos' Appeal | 000248 |
| (17) Notice of Appeal to BIA of Decision of Adjudicating Official in Practitioner Disciplinary Case, Filed May 14, 2005. | 000249-000250 |
| (18) Respondent's Motion for Rehearing on Order, Dated March 17, 2005 (March 29, 2005) | 000254-000264 |
| (19) Letter from Ramos to first Chief Immigration Judge Daniel Echavarren, dated February 23, 2005 | 000269-000271 |
| (20) Letter from Rachel A. McCarthy, Associate Ethics Counsel, USCIS to Judge Echavarren, dated February17, 2005 | 000272 |
| (21) Respondent's First Supplement to Respondent's Memorandum of Law, February 13, 2005 | 000273-000278 |
| (22) Letter from Ramos to Judge Echavarren, dated February 7, 2005 (with attachments) | 000279-000304 |
| (23) Letter from Ramos to Judge Echavarren, dated February 2, 2005 | 000295-000296 |
| (24) Respondent's Notice of Compliance | 000305-000309 |

| | |
|---|---|
| with Order dated January 11, 2005 (filed on February 1, 2005) | |
| (25) USCIS Statement of Issues and Description of Evidence and Statements of Relevance with Four Exhibits attached. | 000310-000412 |
| (26) Letter from Ramos to Judge Eshavarren (Dated December 15, 2004) | 000413-000414 |
| (27) Respondent Ramos' Memorandum of Law In Support of All Pending Motions Received January 21, 2005 | 000415-427 |
| (28) Order by Judge Echavareen that the parties cease filing any additional pleadings with the Court, January 5, 2005. | 000437-000440 000443-000445 000447-000450 |
| (29) Order by Judge Echavareen, January 11, 2005 | 000441-000442 |
| (30) Letter from Chief Clerk of Immigration Court Anthony A. Padden to the parties, January 3, 2005 | 000446-000451 |
| (31) USCIS' Response to Respondent's Motion to Set Aside Order of Suspension (Received January 3, 2005) | 000452-000456 |
| (32) USCIS' Memorandum of Law in Support of All Pending Motions, (Received December 17, 2004) | 000457-000468 |
| (33) Respondent Ramos' Response to Plaintiff's Motion to Strike (Received December 17, 2004) | 000469-000472 |
| (34) Ramos' letter to Chief Clerk Frank Krider, dated December 14, 2004. | 000473-000474 |
| (35) Ramos' Motion to Set Aside Order of Suspension (Received December 13, 2004) | 000475-000482 |
| (36) USCIS' Response to Respondent's Pleading dated November 29, 2004 (Received December 10, 2004) | 000483-000487 |
| (37) USCIS' Motion to Strike Supplemental Interrogatories, Request to Produce, and Request For A Deposition of Corporate Representative (Received December 10, 2004) | 000488-000489 |
| (38) BIA's Decision, In re Anthony E. Ramos, Attorney, Filed 2003-016, November 15, 2005 | 000492-000498 |

(39) Letter from Carolyn A. Elliot to Rachel A. McCarthy, USCIS, Senior Legal Advisor, October 12, 2005 — 000499

(40) Letter from Ramos to Lori L. Scialabba, Chair of BIA, August 2, 2005. — 000500-000502

(41) Letter from Rachel A. McCarthy to Lori L. Scialabba, Chair of BIA, July 28, 2005 — 000503-000505

(42) BIA's Decision, In Re Anthony E. Ramos, Attorney, July 25, 2005. — 000506-000511

(43) Appellant Ramos' Reply Brief — 000512-000516

(44) Briefing Schedule, April 26, 2005 — 000517-000518

(45) USCIS' Brief in Opposition to Ramos' Appeal (Received June 3, 2005) — 000519-000528

(46) Ramos' 5/18/05 letter to BIA Appeals Support Team (Attached: Notice of Appeal to BIA, filed May 14, 2005) — 000529-000534

(47) Appellant Ramos' Brief (with attached Exhibits) — 000535-000623

(48) Ramos' Notice of Filing Previously Filed Record Pleadings (Received May 4, 2005) — 000625-000735

(49) Letter from Jessica McAllum, Program and Management Analyst, BIA to Anthony Ramos with Attachment ("Unofficial Listings of Contents of Attorney Discipline Records Relating to Ramos"), August 8, 2006 — 000736-000739

(50) Letter from Anthony E. Ramos to Jessica McAllum, August 3, 2006 — 000740, 000743-000744

(51) Letter from Jessica McAllum to Anthony E. Ramos with instructions for filing a FOIA Request enclosed, August 2, 2006 — 000745-000747

(52) Letter from Ramos to Frank Krider, Chief Clerk of BIA, July 31, 2006 — 000748-000749

(53) BIA Decision and Order (July 19, 2006) — 000750-000751

(54) USCIS' Response to Ramos' Third Supplement to Motion to Vacate Disciplinary Orders — 000753-000756

| | |
|---|---|
| (Received June 9, 2006) | |
| (55) USCIS' Response to Respondent's Motion for Scheduling Order (Received June 9, 2006) | 000757-000761 |
| (56) Respondent's Third Supplement to Motion to Vacate Disciplinary Orders (Received June 2, 2006) | 000765-000767 |
| (57) Ramos' Motion for Scheduling Order (Received June 2, 2006) | 000768-000770 |
| (58) Order, dated June 7, 2006 | 000771-000773 |
| (59) Letter from Olekanma Ekokwe to Frank Krider, Chief Clerk of the Board (Dated May 11, 2006) | 000774-000775 |
| (60) Letter from Olekanman Ekokwe to Rachel A. McCarthy (Dated May 9, 2006) | 000776-000778 |
| (61) USCIS' Response to Respondent Anthony E. Ramos' First Supplement to Vacate Disciplinary Motions (Received May 4, 2006) | 000780-000782 |
| (62) USCIS' Response to Respondent's Second Supplement to Motion to Vacate Disciplinary Orders (Received May 4, 2006) | 000783-000785 |
| (63) Letter from Rachel McCarthy, Ethics Counsel, USCIS, to Olekanme Ekekwe, May 2, 2006 | 000786 |
| (64) Notice of Taking Deposition of Christopher C. Dix | 000787-000788<br>000800-000802 |
| (65) Subpoena Duces Tecum for the Deposition of Christopher C. Dix | 000789-000790 |
| (66) Respondent's Second Supplement to Motion to Vacate Disciplinary Order (Filed May 1, 2006) | 000791-000793 |
| (67) Ramos' Reply to Response of USCIS' Motion to Vacate Disciplinary Orders (filed April 20, 2006) | 000795-000797 |
| (68) Ramos' First Supplement to Motion to Vacate Disciplinary Orders (April 25, 2006) | 000798-000799 |

(69) E-mail from Christopher Dix to Rachel McCarthy           000800
     (dated November 17, 2005)

(70) USCIS' Response to Ramos' Motion to Vacate              000804-000806
     Disciplinary Orders (April 13, 2006)

(71) Ex Parte Sheet (with attachments)                        000807-000809
     to Clerk of Tribunal to Olekanma A. Ekekew, Esq.

(72) Respondent Ramos' Motion to Vacate                       000810-000815
     Disciplinary Orders (April 6, 2006)

(73) E-mail from Eric Turner to Rachel A. McCarthy,           000816
     Dated January 31, 2005.

(74) Letter from Jennifer L. Barnes, Bar Counsel, EOIR,       000817
     Office of General Counsel to Eric M. Turner,
     Chief Branch Disciplinary Counsel, the Florida Bar,
     January 17, 2003

(75) Ramos' Request for Evidentiary Hearing Motion to         000819-000820
     Vacate Disciplinary Orders, Received April 6, 2006

(76) USCIS' Response to Respondent Ramos' Motion to           000824-000827
     Vacate Disciplinary Orders & Request for Evidentiary
     Hearing (Received February 10, 2006)

(77) BIA Order, February 2, 2006                              000828-000830

(78) Appellant Ramos' Response to USCIS'                      000831-000834
     Response to Ramos' Motion for Rehearing
     (Received December 13, 2005)

(79) USCIS' Response to Appellant Ramos'                      000835-000837
     Motion for Rehearing (Received December 8, 2005)

(80) Appellant Ramos' Motion for Rehearing (with exhibits)    000842-000926
     (Filed December 1, 2005)