UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

    Petitioner,

vs.   Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

## PEITTIONER'S SUPPLEMENT TO STATUS REPORT

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Supplement to Status Report, and states:

1. The parties timely filed a status report in accordance with this Court's instructions to do so (Dkt. entry 38).

2. On the Petition for Review (Dkt. entry 1), the Petitioner reiterates that the only relief he seeks is a reversal and remand to the lower tribunal, so that a full evidentiary hearing may be held.

2. Upon filing of the initial Status Report, the Petitioner indicated that he could not better timely respond because he had not received the certified record, which the Respondents indicated they had mailed to him.

3. The Petitioner has now received and reviewed what the Respondents are indicating as the certified record (Dkt. entry 34).

4. As indicated in Petitioner's Reply to Opposition to Plaintiff's Second Motion to Strike and Motion to Abate Defendant's Motion for Summary Judgment, quite a large number of issues remain to be addressed concerning what will ultimately become the actual record in this cause. This Reply has been filed contemporaneously with this Supplement.

5. The Petitioner, accordingly, requests the entry of an order on his second motion to strike or abate the Respondents' motion for summary judgment, so that only one record may be at issue in this cause.

6. In addition, the Petitioner hereby advises this Court that he has requested that the Respondents provide known missing documents which have a direct bearing on this matter. The Respondents have objected to the production of any documents, notwithstanding that the Respondents are addressing non-record documents in their memorandum in support of their motion for summary judgment. The Respondents, however may not selectively expand or contract the record. Accordingly, the Petitioner will immediately file a Motion to Compel under the authority of *Fund for Animals v. Williams* 391 F. Supp. 2d 191 (D.D.C. 2005).

8. At the same time, the Petitioner is appearing pro se. Unfortunately, at this particular moment, the Petitioner's job requires that all of his time be spent on legislative matters. The Petitioner anticipates needing forty-five (45) days from the date of this supplemental report, to file a motion to amend his pleadings, and a memorandum in support of the motion. The Petitioner requests that this time begin to run from the date of the granting of his request for relief on his second motion to strike the Respondents' Motion for Summary Judgment, and of his Motion to Compel.

9. Upon filing the Motion to Amend and the Amended Petition and Complaint, the Petitioner will also commence discovery. In accordance with previous agreement with Respondents, the time for a response to said discovery will commence at that time.

10. Respondent has no objection to the forty-five (45) day extension of time for the filing of the motion to amend.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21th day of June, 2007, the original and one copy of the foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos