UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

    Petitioner,

vs.                                                Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES, and BOARD OF IMMIGRATION
APPEALS

    Respondents.

## PETITIONER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO SUPPLEMENT THE RECORD

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO SUPPLEMENT THE RECORD, and states:

1. Prior to filing this motion, the Petitioner submitted same for review and approval by the Respondents. The Respondents object to this Motion.

2. Relevant adverse documents were known to the Respondents prior to filing the administrative proceedings, and deliberately kept from the immigration Judge by the Respondents.

3. Because the immigration Judge relied only on the allegations made by the Respondents, and failed to hold an evidentiary hearing, the Petitioner was unable to prove that the Respondents lacked jurisdiction over him.

4. Subsequent to the entry of the order below, the Petitioner filed a Freedom of Information Act request. After repeated follow up requests, some of the adverse documents were provided.

5. The documents which form the subject of this motion are specifically known, and therefore, the Petitioner is not on a fishing expedition.

6. The Respondents have indicated that, notwithstanding the documents, the outcome below would have been correct. As the Petitioner points out in his brief to this Court, however, such is not the law. (Dkt. entry 1)

7. The documents should be made a part of the record below as being part of the record prior to any filings or contemporaneously with any initial filings below. In other words, this Court should set the temporal date concerning the documents, so that this Court may have in hand those documents which the immigration Judge, could have, and should have, had available to him, but for the actions of the Respondents.

8. The following documents form the subject matter of this motion:

    a) Any and all letters and emails to and from the Florida Bar and EOIR counsel, Jennifer Barnes. The single known Barnes letter makes clear this exchange of correspondence. (R. 00817);

    b) Any and all letters and emails to and from EOIR counsel, Jennifer Barnes, and USCIS counsel, Rachel McCarthy. The single known Barnes letter makes clear this exchange of correspondence. (R. 00817);

    c) All receipts for the immigration case of Antonio and Sonia Ferreira which were generated bearing the Petitioner's name, together will all office memoranda, letters or emails directing that the said documents be generated for this case;

      d) All one hundred eleven alleged forms G-28 as plead to in the record. (R. 000005) (R. 000026).

9. The said documents are prima facie evidence that the Respondents excluded relevant, adverse information from the administrative record, and that, therefore, supplementation of the record is warranted.

10. The withholding of the said documents from the immigration Judge was done in bad faith by and showed improper behavior on the part of the Respondents.

13. The said documents, as the Petitioner has proven, were known to the Respondents at the time the immigration Judge made his decision, are directly related to that decision, and are adverse to the decision below.

14. Upon the documents being produced, they should be made a part of the record in this cause with the temporal relationship as requested in paragraph 7, above.

      WHEREFORE, the Petitioner requests the entry of an Order granting his Motion to Compel Production of Documents and to Supplement the Record.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of June, 2007, the original and one copy of the foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

    Petitioner,

vs.                                                            Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICES, and BOARD OF IMMIGRATION
APPEALS

    Respondents.

---

**MEMORANDUM OF LAW IN SUPPORT OF PETITIONER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO SUPPLEMENT THE RECORD**

**I.**

**STATEMENT OF THE CASE AND OF THE FACTS**

The limited relief sought by the Petitioner as to the Petition for Review consists of vacating any orders below, and returning this matter to the immigration tribunal for a full evidentiary hearing, as required by the rules governing those proceedings.

Because the immigration Judge failed to hold the required hearing, the Petitioner was prevented from discovering the adverse documents enumerated in the Motion to Compel, and from entering the documents into evidence. Similarly, because the Respondents intentionally kept from the immigration Judge the said documents, he was prevented from having the benefit of all relevant documents.

The documents which form the subject matter of the Motion to Compel are adverse in nature to the Respondents. One document, the Barnes letter, specifically states that the Petitioner had never appeared in any capacity in any matter before any immigration tribunal. Still, however, Ms. Barnes file a motion to intervene in this matter, and deliberately kept that vital information from the immigration Judge.

Other documents will show the complete manner in which a USCIS attorney created a fake immigration case was fabricated, using false case numbers, and false documents.

The Respondents alleged at the outset of the proceedings below, that the Petitioner signed one hundred eleven forms G-28. These forms were not made a part of the record recently filed by the Respondents in this matter.

## II.

## POINTS AND AUTHORITIES

In *Fund for Animals v. Williams*, 391 F. Supp. 191 (D.D.C. 2005), Judge Urbina presiding, eight exceptions to the presumption against extra-record review were listed and discussed. Among those exceptions is: "(3) when an agency considered evidence which it failed to include in the record." *Id.* at 198.

The Respondents claim that, as to some of the documents, they were irrelevant because other documents allegedly point to culpability on the part of the Petitioner. An agency, "may not, however, skew the 'record' for review in its favor by excluding from that 'record' information in its own files which has great pertinence to the proceeding in question." *Id.* at 199.

Supplementation is warranted in challenges such as this motion, especially where, as here, the relief requested is simply to vacate the order below and return the matter to the administrative tribunal for a full evidentiary hearing on the question of jurisdiction. In other words, the Petitioner is simply seeking to enforce the rules governing the procedure below. *Id.* at 199.

### III.

### CONCLUSION

For the foregoing reasons, this Court should grant the motion to compel production of documents and to supplement the record.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of June, 2007, the original and one copy of the foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

    Petitioner,

vs.   Civil Action No.: 06 1941 (JU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

## ORDER ON PETITIONER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO SUPPLEMENT THE RECORD

THIS CAUSE came on to be heard by this Court on the Petitioner's MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO SUPPLEMENT THE RECORD, and the Court having reviewed the Motion, the Opposition of the Respondents, the Reply of the Petitioner, and the file, it is

CONSIDERED and ORDERED that:

1. The Motion be and the same is hereby GRANTED.

2. The Respondents shall have ten (10) days from the date of this Order to provided the documents described in the Motion.

3. Failure to provide the said documents within the said time frame will result in the automatic imposition of sanctions against the Respdondents.

DONE and ORDERED in Chambers this _____ day of _____, 2007.

_____
U.S. District Judge

conformed copies to:

Anthony E. Ramos, pro se, Petitioner
1805 Key Blvd.
Apt. 513
Arlington, VA 22201

Robin M. Meriweather, Esquire, Counsel for Respondents
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530