UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ANTHONY E. RAMOS                            )
                                            )
            Plaintiff,                      )
                                            )
    v.                                      )   Case Number: 1:06CV01941(RMU)
                                            )
UNITED STATES DEPARTMENT OF JUSTICE,        )
et al.,                                     )
                                            )
            Defendants.                     )
_____)

**DEFENDANTS' RESPONSE TO PLAINTIFF'S SUPPLEMENT TO STATUS REPORT**

Defendants United States Department of Justice et al., through undersigned counsel, hereby respond to Plaintiff's Supplement to Status Report (Dkt. Entry 40). The parties filed a joint status report June 18, 2007. See Dkt. Entry 38. Defendants set forth their scheduling proposals in that joint report, but Plaintiff indicated that he would submit his proposals in a supplemental status report, to be filed after he reviewed the administrative record. See Dkt. Entry 38. In the supplemental report, Plaintiff requests forty-five days to submit his motion to amend the pleadings.

Defendants do not object to Plaintiff's request for forty-five days to prepare that motion. However, Defendants oppose Plaintiff's request that the forty-five day period begin to run from the date of the granting of Plaintiff's second motion to strike and his forthcoming motion to compel.[1] Those motions lack merit and should be denied, as set forth in Defendants' opposition to the motion to strike, and as Defendants will set forth in their opposition to the motion to compel. Accordingly, the forty-five day period should begin to run as of the date the

---

[1] The motion to compel was filed July 3, 2007, and entered on the electronic docket July 5, 2007. See Dkt. Entry 43.

supplemental report was filed, given that Plaintiff has indicated that he "anticipates needing forty-five (45) days from the date of this supplemental report" to prepare that pleading. Dkt. Entry 40 at ¶ 8. In the alternative, the forty-five day period should begin to run upon issuance of a scheduling order.

Plaintiff's proposed schedule does not alter Defendants' position on the timing for oppositions and reply briefs on the motion to amend the pleadings. Defendants propose that Defendants' opposition to that motion be due 21 days after service of Plaintiff's motion, and that Plaintiff's reply be due 14 days after service of Defendants' opposition. Defendants' proposed schedules for dispositive motions are set forth in the joint status report. See Dkt. Entry 14 at 5.

Defendants oppose the portions of the supplemental status report that contain legal argument concerning the alleged need to expand the record. Defendants will address the substance of those arguments in their opposition to Plaintiff's motion to compel.

Dated July 6, 2007                          Respectfully submitted,


                                            /s/ Jeffrey A. Taylor
                                            JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

                                            /s/ Rudolph Contreras
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                            /s/ Robin M. Meriweather
                                            ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                            Assistant United States Attorney
                                            555 Fourth St., N.W.
                                            Washington, D.C. 20530
                                            Phone: (202) 514-7198  Fax: (202) 514-8780
                                            Robin.Meriweather2@usdoj.gov

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2007, I caused the foregoing Response to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos
1805 Key Blvd
Apartment 513
Arlington, VA 22201

       /s/ Robin M. Meriweather
Robin M. Meriweather, DC Bar # 490114