# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY E. RAMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:06CV01941(RMU) |
| ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ERRATA

Defendants United States Department of Justice et al., by and through undersigned counsel, hereby submit a corrected version of page 21 of Defendant's Opposition to Plaintiff's Motion for Judgment on the Pleadings (Dkt. Entry 6). Due to an inadvertent error, page 21 of that motion did not contain the electronic signature of counsel for defendant. The corrected version of page 21 is attached as Exhibit 1 hereto.

Dated July 17, 2007                                  Respectfully submitted,


                                                    /s/
                                                    JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                    United States Attorney

                                                    /s/
                                                    RUDOLPH CONTRERAS, D.C. BAR #434122
                                                    Assistant United States Attorney

                                                    /s/ Robin M. Meriweather
                                                    ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                                                    Assistant United States Attorney
                                                    555 Fourth St., N.W.
                                                    Washington, D.C. 20530
                                                    Phone: (202) 514-7198  Fax: (202) 514-8780
                                                    Robin.Meriweather2@usdoj.gov

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2007, I caused the foregoing errata to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos
1805 Key Blvd
Apartment 513
Arlington, VA 22201

      /s/ Robin M. Meriweather
Robin M. Meriweather, DC Bar # 490114

## CONCLUSION

For the foregoing reasons, Plaintiff's Motion for Judgment on the Pleadings should be DENIED.

Dated July 17, 2007                                  Respectfully submitted,

        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**Of Counsel:**

JENNIFER BARNES
Bar Counsel
United States Department of Justice,
  Executive Office for Immigration Review