UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

        Petitioner,

vs.                                             Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

        Respondents.

---

### REPLY TO DEFENDANTS' (RESPSONDENTS') OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS

The Respondents intentionally chose not to file a responsive pleading in this matter, despite repeatedly stating in pleadings that the Federal Rules of Civil Procedure apply, and having requested an extension of time to do so.

The pleadings are now closed.

There has never been an immigration case, and Respondents have again failed to provide one, of reciprocal discipline against a non-attorney who never practiced immigration law before an immigration court.

The Respondents would re-write the jurisdictional rule on reciprocal discipline to state: Immigration ethics attorneys may use reciprocal discipline against any person, whether an attorney or not.

As the Attorney General has indicated however, as cited in the Petitioner's motion, the reach of jurisdiction extends only to lawyers who practice immigration law in certain limited immigration proceedings. The Respondents would, therefore, first need to petition the Congress for any such extension of jurisdiction.

Failing that, the Respondents return to the same emotional appeal used below, trying to show that they hold a superior right to protect the public, even as they use fraud to do so. It is the public, however, and especially ordinary citizens like the Petitioner, as well as attorneys, who need protection from the Respondents.

This matter rivals the extensive fraud perpetrated on a tribunal in the Duke rape scandal case. In that case, the government attorney intentionally hid exculpatory DNA evidence. In this matter, government ethics attorney, Barnes, intentionally hid from the immigration tribunal, her letter advising that the Petitioner had NEVER appeared before any immigration tribunal. Government ethics attorney, despite being given every opportunity to provide an exculpatory affidavit, created counterfeit documents and false allegations in the complaint below.

For Barnes and McCarthy, this was a big career case. As they stated below, prior to this case, there had never been a precedent decision on such an issue. This was with good reason. There have never been any facts or law allowing for such action.

The Respondents would have this Court adopt their emotional appeal here. The Respondents urge that, because the immigration tribunal subsequently rejected the now known evidence of fraud by Barnes and McCarthy, so should this Court. To the contrary. This Court should look to the actions of Barnes and McCarthy to see if they were able to taint the proceedings. This is particularly the case when, after having presented with the

evidence of fraud, the tribunal went on to issue an order *sua sponte* full of derogatory language against the Respondent, and then post it on the Internet. There is almost no likelihood that, with the 'Board's' office right down the hallway from Ms. Barnes' office, the 'Board' would want to punish Ms. Barnes for her actions. Instead, the Board's message was loud and clear to any person who challenges Barnes or McCarthy: 'If you challenge, the Board will retaliate.' The Respondents seek to extend that doctrine into this Court.

The cases cited by the Respondents, however, do not provide for any such 'protection of the public' rationale for jurisdictional purposes. To the contrary. In all known cases, including the ones cited by the Respondents, and in fact, in the history of American jurisprudence, there has always been both a temporal relationship and a legal relationship between courts in reciprocal discipline proceedings. An extensive analysis of this is presented in the Petitioner's Brief at docket entry number 1.

Similarly with this or any Court. Many people would like to come before this Court to plead their cases, but this Court's jurisdiction is limited only to certain cases, irrespective of whether the pleader wishes to protect the 'public' or not. The Respondents are not appointed as the saviors of the universe.

The Respondents, however, cite *Sheinbein v. Dudas*, 465 F. 3d 493 (Fed. Cir. 2006), to support their rewrite of Congressionally mandated jurisdiction over them. In that case, however, Sheinbein was not only an attorney in Maryland who was disbarred, but, AT THE SAME TIME, he was an attorney who was registered to practice law before the Patent office. Similarly with the Respondent's citation to *Krouner v. U.S. Tax Court*, No. 05-1084, 2006 WL 3147368 (D.C. Cir. Oct. 13, 2006). Mr. Krouner, AT THE SAME

TIME that he was practicing law in New York and Florida, was also practicing law as an appellate lawyer before the U.S. Tax Court. In the other two cases cited by the Respondent, *Gallagher* and *Levitt*, both attorneys were lawyers who were practicing law and admitted to the two respective bar associations from which reciprocal discipline was taken.

There simply is no case in America where reciprocal discipline was ever applied to someone who was never an attorney and who was, at the time of the original discipline, not to admitted to and practicing law before another bar. In the petitioner's case, more than seven years before the Respondents filed this action, he had been an ambulance chaser for sixteen years, and was one of the best trial lawyers in America. The Petitioner would not have had, and has no use for any 'immigration' practice, and it is known that he never set foot in any immigration matters.

Finally, the Respondents turn again, to the matter of form G-28 as their smoking gun, but they know that signing a G-28 is not an offense. There would have been an offense, irrespective of reciprocal discipline, if any G-28 had been signed where the Respondent listed himself as an attorney. The Respondents never charged that the Petitioner every misrepresented himself as an attorney, or that he ever actually did anything. In fact, the Petitioner's brief and Appendix prove that the parties had attorneys. Most importantly is the Respondents' continued attempt to continue the fraud that has pervaded this case. At any point in time, including up to the time of filing their opposition, the Respondents could have produced the alleged 111 G-28s, allegedly signed by the Petitioner. They, again, in their Opposition, gloss over their failure to do so. The prejudicial effect of that allegation cannot be overstated. They have conducted

themselves in the same manner with respect to the counterfeit documents, blaming the Respondent for raising the issue. At any time, however, Ms. McCarthy could have come forward with an affidavit stating that she did not counterfeit the documents. She has not done so. As the Respondents know, therefore, and as is analyzed in the Petitioner's brief at docket entry number 1, signing a G-28 as an agent does not constitute 'practicing' anything, and certainly does not constitute the practice of law for purposes of reciprocal discipline. *In Re Soininen*, 853 A. 2d 712 (D.C. 2004).

At the same time, since it was her case, Ms. McCarthy knows that, in immigration cases, discipline is only available against immigration attorneys who file form G-28 and list themselves as attorneys. Ms. McCarthy knows this because she successfully prosecuted such a case in 1994. *Matter of Sparrow*, www.usdoj.gov/eoir/profcond/FinalOrders/SparrowVictor_FinalOrder.pdf.

Moreover, the two preeminent reciprocal discipline cases as far as immigration cases are concerned, both contain factual circumstances where the attorney was disciplined in the State Court for extensive immigration law violations, WHILE AT THE SAME TIME PRACTICING IMMIGRATION LAW. *Gadda v. Ashcroft*, 363 F.3rd 561 (9th Cir. 2004); *Koden v. United States Department of Justice*, 564 F. 2d 228 (1977). Although there may be some crossover in the Patent and Tax cases cited by the Respondents, it is clear by the lack of any such citations, that in immigration cases, reciprocal discipline is only sought where the facts show that the lawyer was sanctioned in the state for immigration violations. The Respondents, by having to turn to other administrative type cases have proven that there is no such doctrine with respect to immigration discipline. Ms. McCarthy never filed a case, with the exception of the one

against the Petitioner, on any other theory. She is attempting to extend her reach and used fraud to achieve that end.

The Respondents admit to as much in their current cases, as shown by the exhibits to their opposition. As to the case of Jeffery E. Gonzalez-Perez, the D.C. Bar report states: In Jeffrey E. Gonzalez-Perez. Bar No. 457816. March 1, 2007. The D.C. Court of Appeals suspended Gonzalez-Perez for 90 days for making false statements to a tribunal; engaging in unauthorized practice of law; engaging in conduct involving dishonesty, fraud, deceit, or misrepresentation; and engaging in conduct that seriously interfered with the administration of justice. Gonzalez-Perez's misconduct occurred during the course of proceedings in four matters before the U.S. Citizen and Immigration Services, where he entered appearances falsely stating he was a member in good standing of the D.C. Bar. Rules 3.3(a), 5.5(a), 8.4(c), and 8.4(d).

As to the case of Stephen J. Alexander, there are no facts in the exhibits, but a Google search lists Stephen J. Hadley under immigration attorneys. A copy of the Google printout is attached.

There has, accordingly, never been a case where a person who was not an immigration attorney practicing immigration law in immigration, was prosecuted by immigration on a theory of reciprocal discipline. There is no such jurisdictional theory, and no amount of emotional plea by the Respondents should suffice to entertain such a notion.

The cases of Alexander and Gonzalez-Perez are instructive for other reasons related to this case. A Google search of both of them fails to generate any hit showing the immigration discipline. The Google search of Gonzalez-Perez is also attached to this

Reply. This proves the Petitioner's allegation of singling him out for the horrific order posted by the Respondents on the Internet, and should provide for an immediate granting of the motion for mandatory injunction, ordering the immediate removal of that posting.

This case is riddled with fraud by the Petitioners. It exceeds the Duke rape scandal case. In his career as an ambulance chasing jury trial lawyer, the Petitioner has seen opposing parties change protocols for engineering tests fudged, seen altered x-rays, altered photos, altered documents and the like. Nothing in all those years came close to this case. Ms. Barnes kept her letter showing no jurisdiction in her desk drawer throughout these proceedings. When finally confronted with it, the tribunal, instead of sanctioning Ms. Barnes, decided to write an incredible order against the Petitioner and post it on the Internet. It is not enough for a 'Board' to protect its own attorneys in the face of overwhelming and, thusfar, unrebutted evidence of fraud upon a tribunal. In fact, it is the very purpose of this Court, sitting as a reviewing Court, to give the Petitioner the opportunity to present that evidence so that this Court may know that, had the tribunal, at the outset, when the falsehoods were intentionally kept from it, been made aware of the fraud, the outcome would likely have been far different.

The Motion for Judgment on the Pleadings should be granted.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of July, 2007, the original and one copy of the foregoing were hand-delivered to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos

Web   Images   Video   News   Maps   Gmail   more ▼                                                          Sign in

# Google

jeffrey gonzalez-perez immigration lawyer virg    [Search]   Advanced Search
                                                              Preferences

---

Web   Results **1 - 10** of about **34** for **jeffrey gonzalez-perez** immigration lawyer virginia washington dc. (0.08 seconds)

### Bar Counsel: Epilogue
At the end of each Bar Counsel column in **Washington Lawyer** is a list of ..... In
**Jeffrey** E. **Gonzalez-Perez**. Bar No. 457816. March 1, 2007. The **D.C.** Court of ...
www.dcbar.org/for_lawyers/resources/
publications/washington_lawyer/june_2007/barcounsel.cfm - 42k -
Cached - Similar pages

### [PDF] I CATHOLIC LEGAL IMMIGRATION NETWORK, INC.
File Format: PDF/Adobe Acrobat - View as HTML
n **Washington, D.C.**,. NIEP grantee Central. American Resource Center .... DRIS
offered religious **immigration law**. training sessions in New Jersey, Georgia, ...
www.cliniclegal.org/AboutUs/annualreports/02clinicannual.pdf - Similar pages

### AllPages.com - Yellow Pages Listings for Businesses between Gom - Gon
1330 Connecticut Northwest **Washington, DC (Washington DC)** 20036-1704
Phone: (202) 429-8110 ... **Gonzalez-Perez Jeffrey** ESQ 2111 Wilson Boulevard
Suite 700 ...
www.allpages.com/listings/g/g-2948.html - 99k - Cached - Similar pages

### [PDF] The Urban History Newsletter
File Format: PDF/Adobe Acrobat - View as HTML
Shumsky/**Virginia** Polytechnic Institute and State University;. Harvey
Graff/University of Texas ...... the City Museum of **Washington D. C.** at 801 K
Street N. ...
uha.udayton.edu/newsletters/31_march_2004.pdf - Similar pages

### [PDF] SAM'05/BIOAU'05 CONFERENCE SCHEDULE
File Format: PDF/Adobe Acrobat - View as HTML
**Immigration Law.** D. deJuan*, V. Khosla*, W. D. Potter*, B. Dorminey**,. and D.
Nute* ...... *George **Washington** University, **Washington, DC**, USA ...
www.world-academy-of-science.org/IMCSE2005/ws/Program/program_pdf -
Similar pages

### [PDF] Annual Report 2005 Final Draft.qxp
File Format: PDF/Adobe Acrobat - View as HTML
**Washington,D.C.**, this project serves as a bridge to the Miami-Dade ..... After
careers as a teacher and **lawyer**, she was elected to the Florida House of ...
www.dadecommunityfoundation.org/Site/docs/Annual%20Report%202005%
20Final%20Web.pdf - Similar pages

### [PDF] Annual Report 2005 Final Draft.qxp
File Format: PDF/Adobe Acrobat - View as HTML
Miami Rescue Mission, Inc. • to support the **Jeffrey** A. Tew Education Center at Miami ....
**Washington,D.C.**, this project serves as a bridge to the Miami-Dade ...
www.dadecommunityfoundation.org/Site/docs/Annual%20Report%202005%20Final%
20Draft.pdf - Similar pages

### [PDF] ACLU I C L R
File Format: PDF/Adobe Acrobat
the Eastern District of **Virginia**. See Proffer of Facts. in Support of Defendant's Suppression
Motion, ...... **Washington, D.C. law** firm of Cohen, Milstein ...
www.aclu.org/FilesPDFs/iclr2002.pdf - Similar pages

### [PDF] Meeting

---

**Sponsored Links**

### Immigration Lawyer
Need a **Lawyer**? Free Search of Over
1,000,000 **Lawyer** Listings - FindLaw
www.Find**Law**.com

### Immigration Lawyer Dc
Find **Immigration Law** Attorneys
in your area at SuperPages.com
www.SuperPages.com

### Top U.S Immigration Firm
Former INS Attorney on Your side
Free Consultation, fast processing
www.darrensilver.com

### Immigration Lawyer
Find **Immigration Law** Specialists
In Your Area. Free & Confidential.
www.LegalMatch.com

### Immigration Lawyer
Nationwide directory of **immigration
lawyers**. Search by zip code.
www.USImmigrationLawyers.com

### Washington Dc Lawyers
Looking for **Washington Dc Lawyer**?
Find an Attorney near you.
LawyersWashingtonDC.com

### Immigration Lawyers
USA **immigration lawyer** services.
Work visas, green cards & more.
www.powervisa.com

File Format: PDF/Adobe Acrobat
**Washington**, DC 20005. Atten-. dance. forms indicating ...... ofMental Illness of. a. Family Member-**Virginia** Wilcox-Gok PhD;. **Jeffrey** ...
www.ajph.org/cgi/reprint/85/8_Pt_2/P.4.pdf - Similar pages

[PDF] Bound Volume 536
File Format: PDF/Adobe Acrobat
the British Embassy in **Washington**, **D. C.**, to the U. S. State. Dept., Oct. 5, 2002, ... ald & N. Blake, Macdonald's **Immigration Law** and Practice ...
www.supremecourtus.gov/opinions/boundvolumes/536bv.pdf - Similar pages

1 2 3 4     **Next**

Download Google Pack: free essential software for your PC

jeffrey gonzalez-perez immigration la [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google

Web  Images  Video  News  Maps  Gmail  more ▼                                                    Sign in

## Google

stephen j alexander immigration attorney califc  [Search]   Advanced Search
                                                             Preferences

---

**Web**  Results 1 - 10 of about **1,680,000** for **stephen j alexander immigration attorney california**. (0.14 seconds)

**Immigration Attorney**                                                          Sponsored Links
www.lawyers.com   Attorneys In Your Area Visit lawyers.com & search free.
                                                                           **Immigration Lawyer**
**Immigration Attorney**                                                    Find Business Near You.
www.USImmigrationLawyers.com   Nationwide directory of **immigration**      The Web's Local Search Engine!
lawyers. Search by zip code.                                                www.local.com

Sponsored Links

### Holliday- Stephen J. Attorney Immigration Law Attorneys Baton ...

Holliday- **Stephen J. Attorney Immigration** Law Attorneys Baton Rouge LOUISIANA. ...
Select a State, Alabama, Alaska, Arizona, Arkansas, **California**. Message ...
holliday-**stephen-j-attorney**.nhft.org/839719.html - Similar pages

### Alexander- Stephen J. Attorney Employment & Labor Law Cherry Hill ...

**Alexander- Stephen J. Attorney**. Address:. 10 Melrose Avenue Suite 430 ... **Immigration**
Law Attorneys VA Richmond - **Immigration** Law Attorneys VA Richmond ...
alexander-stephen-j-attorney.nhft.org/560124.html - Similar pages

### Friedman- Steven J. Attorney Accident Attorneys Haddon Township ...

Friedman- Steven J. **Attorney**. Address:. 900 Haddon Avenue Station House ... **CA**
Sherman Oaks **Immigration** Law Attorneys - **CA** Sherman Oaks **Immigration** Law ...
friedman-steven-j-**attorney**.nhft.org/908317.html - Similar pages

### Jouard- Stephen J. Attorney Accident Attorneys Fort Collins COLORADO

Jouard- **Stephen J. Attorney**. Address:. 2038 Caribou Drive Suite 100 ... **Immigration** Law
Attorneys MN Roseville - **Immigration** Law Attorneys MN Roseville ...
jouard-stephen-j-attorney.nhft.org/442709.html - Similar pages

### Brower- Steven J. Attorney Appeals Attorneys Costa Mesa CALIFORNIA

Brower- Steven J. **Attorney** Appeals Attorneys Costa Mesa **CALIFORNIA**. ... Health Care
Law Attorneys, **Immigration** Law Attorneys, Insurance Law Attorneys ...
brower-steven-j-attorney.nhft.org/272040.html - Similar pages

### Brady- Steven J. Attorney Malpractice & Negligence San Rafael ...

Brady- Steven J. **Attorney**. Address:. 1015 Irwin Street San Rafael, **CA** 94901 Get
Directions ... **Alexander**- Craig A. **Attorney** · Hester- Michael J. **Attorney** ...
brady-steven-j-attorney.nhft.org/83632.html - Similar pages

### AttorneyDisciplineReleaseOctober2005

**Stephen J. Alexander**: He was suspended from the practice of law by the Review ...
**Attorney** General, EOIR interprets and administers federal **immigration** laws ...
www.usdoj.gov/eoir/press/05/AttyDiscOct05.htm - 12k - Cached - Similar pages

### Parrott- Steven J. Attorney Accident Attorneys Baltimore MARYLAND

Parrott- Steven J. **Attorney** Accident Attorneys Baltimore MARYLAND. ... MN Oakdale
**Immigration** Law Attorneys - MN Oakdale **Immigration** Law Attorneys ...
parrott-steven-j-attorney.nhft.org/334477.html - Similar pages

### Brooks- Steven J. Attorney Criminal Law Boston MASSACHUSETTS

Brooks- Steven J. **Attorney**. Address:. 99 Summer Street Boston, MA ... NC Wake Forest
**Immigration** Law Attorneys - NC Wake Forest **Immigration** Law Attorneys ...
brooks-steven-j-**attorney**.nhft.org/807285.html - Similar pages

### Bottomley- **Stephen** John **Attorney** Banking & Investment Law ...
Bottomley- **Stephen** John **Attorney**. Address:. 71 S. Wacker Chicago, IL ... Intellectual
Property Attorneys **CA** San Luis Obispo - Intellectual Property ...
bottomley-**stephen**-john-**attorney**.nhft.org/227370.html - Similar pages

**1** 2 3 4 5 6 7 8 9 10    **Next**

Try Google Desktop: search your computer as easily as you search the web.

stephen j alexander immigration attc [ Search ]

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google