UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

   Petitioner,

vs.                                           Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

   Respondents.

---

### SUPPLEMENT TO REPLY TO OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TO SUPPLEMENT ADMINISTRATIVE RECORD

At page 6 of Respondents' Opposition to Plaintiff's Motion to Compel Production of Documents and to Supplement Administrative Record (Docket entry 48 ), the following statement appears: "It is true that numerous G-28 forms in which Ramos was identified as the 'attorney or agent' of individuals..."

The said statement, made for the first time in any proceedings in this cause, including proceedings below, is a false statement. There has never been any allegation that the Petitioner, at any time identified himself as an attorney. The statement should be stricken from the record.

RESPECTFULLY SUBMITTED,

_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2007, the original and one copy of the foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos