UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

SEP 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

     Petitioner,

vs.

                                   Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

     Respondents.

---

## PRAECIPE

The Clerk of Court will please advise the presiding Judge that, with respect to the

proposed Order Granting Petition With Prejudice, submitted more than ten days ago by

the Petitioner, the Respondents have filed no paper. The Petitioner therefore respectfully

requests the entry of said order.

                           RESPECTFULLY SUBMITTED,

                           Anthony E. Ramos, pro se
                           1805 Key Blvd.
                           Apt. 313
                           Arlington, VA
                           202-321-7969

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2006, the original and two
copies of the foregoing were filed with the clerk, and that two copies were mailed, via
U.S. mail to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555
Fourth Street, NW, Washington, DC 20530

                         Anthony E. Ramos