UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ANTHONY E. RAMOS                    )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Case Number:  1:06CV01941(RMU)
                                    )
UNITED STATES DEPARTMENT OF JUSTICE,)
et al.,                             )
                                    )
            Defendants.             )
_____)

## RESPONSE IN OPPOSITION TO PLAINTIFF'S SEPTEMBER 26, 2007 PRAECIPE

Defendants United States Department of Justice et al., through undersigned counsel, hereby oppose the "Praecipe" filed by Plaintiff on September 26, 2007.  See Dkt. Entry 54. Plaintiff states therein that Defendants have "filed no paper" concerning the proposed order Plaintiff submitted with a Praecipe filed September 14, 2007, and requests that the Court enter the proposed order.  See Dkt. Entry 55.  Unsurprisingly, Plaintiff cites no federal or local rule of civil procedure indicating that a proposed order should be entered if the opposing party does not file any "paper" regarding that order.  Motions may be deemed conceded if they are unopposed. See Local Civ. R. 7(b).  However, Defendants already have opposed the motions Plaintiff has filed seeking entry of an injunction and judgment on the pleadings.  See Dkt. Entries 16, 47.  In addition, Defendants have sought entry of summary judgment, and have submitted a proposed order granting that relief.  See Dkt. Entry 15.  Plaintiff's decision to submit a new proposed order attached to a "Praecipe" required no further response.  However, to the extent the Court deems a response necessary, Defendants oppose entry of the proposed order, for the reasons set forth in their motion for summary judgment and their opposition to Plaintiff's motion for judgment on the pleadings and Plaintiff's motion for a mandatory injunction.  See Dkt. Entries 15, 16, 47.

Dated September 28, 2007                    Respectfully submitted,


        /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


        /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


  /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 28th day of September, 2007, I caused the foregoing to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos  
1805 Key Blvd  
Apartment 513  
Arlington, VA 22201

         /s/ Robin M. Meriweather  
        Robin M. Meriweather, DC Bar # 490114