UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ANTHONY E. RAMOS                            )
                                            )
            Plaintiff,                      )
                                            )
      v.                                    )   Case Number:  1:06CV01941(RMU)
                                            )
UNITED STATES DEPARTMENT OF JUSTICE,        )
et al.,                                     )
                                            )
            Defendants.                     )
_____)

### DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR A HEARING

Defendants United States Department of Justice, et al., through undersigned counsel, hereby oppose Plaintiff's renewed motion for a hearing. Plaintiff's motion requests that the Court enter an order setting this case for "hearing on the next available docket." Dkt. Entry 57. This Court has considerable discretion to determine whether and when to hold hearings, and Defendants defer to the Court's judgment on this issue. However, Defendants respectfully submit that the pending motions can be resolved without oral argument, and that a hearing would be premature at this stage of the proceedings.

This case is an appeal of a June 7, 2006 Board of Immigration Appeals ("Board") order which denied Plaintiff's motion to reopen prior Board proceedings in which the Board expelled Plaintiff from practice before the Department of Homeland Security ("DHS"), the Board, and immigration courts. The Administrative Procedure Act governs review of that Board order, and Plaintiff can prevail only by showing that the Board's denial of his motion to reopen the proceedings was an abuse of discretion. *See, e.g.*, *Immigration and Naturalization Serv. v. Abudu*, 485 U.S. 94, 105 (1988); *Jean v. Gonzales*, 435 F.3d 475, 482 (4th Cir. 2006) (finding court's review limited to whether denial of motion to reconsider was abuse of discretion); *see*

*generally* 8 C.F.R. § 1003.2 (describing grounds for reopening proceedings). Plaintiff has submitted a motion for mandatory permanent injunction and a motion for judgment on the pleadings, which both have been fully briefed. *See* Dkt. Entries 6, 16, 44, 47, 50. Defendant has submitted a motion for summary judgment, which also has been fully briefed. *See* Dkt. Entries 15, 26, 35.

Given the nature of this case, there would be no trial or evidentiary hearings. Thus apart from a status or scheduling conference, any hearing would effectively consist of oral argument. Defendants oppose Plaintiff's request for such a hearing on two grounds. First, Plaintiff previously suggested that he would seek leave to amend the petition for review,[1] so that he could add additional claims to this action. *See* Dkt. Entry 40 (supplement to status report). As a result, Defendants have not submitted a supplemental summary judgment motion to respond to the arguments raised in Plaintiff's D.C. Circuit brief, as the Court's acceptance of an amended petition would moot Defendants' prior summary judgment motion. *See* Dkt. Entry 38 at 5 (status report including Defendants' proposal that summary judgment briefs be deferred until after the Court resolves Plaintiff's motion for leave to amend the petition). It would be premature to have a hearing on the merits of the case before the scope of the petition for review has been clarified and/or before all of the issues raised in that petition have been briefed. Second, if Plaintiff no longer intends to amend the petition, no hearing would be necessary because the Court can resolve the parties' pending motions on the basis of the parties' written submissions and the administrative record.

---

[1] Plaintiff initiated this case with a petition for review, instead of a complaint, because the case originally was filed in the D.C. Circuit, and transferred to this Court. *See* Dkt. Entries 1-3. While preparing the joint status report and during the parties' teleconference with the Court concerning a discovery dispute, it became clear that the parties disagreed about the scope of the petition for review.

To the extent that Plaintiff's motion repeats Plaintiff's merits arguments, Defendants respectfully refer the Court to their motion for summary judgment and their oppositions to Plaintiff's motion for a mandatory injunction and motion for judgment on the pleadings, which respond fully to Plaintiff's allegations.  *See* Dkt. Entries 15, 16, 47.  Defendants will not burden the Court with a detailed recitation of the arguments presented in those memoranda of law, and instead incorporate those memoranda herein by reference.  As explained in Defendants' prior filings, the Board's denial of Plaintiff's motion to reopen the proceedings — which is the *only* Board decision currently under review by this Court — was consistent with the applicable regulations, and a reasonable exercise of the Board's discretion.  It should therefore be affirmed.

## CONCLUSION

For the foregoing reasons, Plaintiff's renewed motion for a hearing should be DENIED.

Dated November 6, 2007                               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Robin M. Meriweather
　　　　　　　　　　　　　　　　　　　　　ROBIN M. MERIWEATHER, D.C. Bar. # 490114
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 514-7198  Fax: (202) 514-8780
　　　　　　　　　　　　　　　　　　　　　Robin.Meriweather2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2007, I caused the foregoing Opposition to be filed via the Court's Electronic Case Filing system, and to be served upon plaintiff by first-class mail, postage prepaid, addressed as follows:

Anthony E. Ramos
1805 Key Blvd
Apartment 513
Arlington, VA 22201

       /s/ Robin M. Meriweather
Robin M. Meriweather, DC Bar # 490114