UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ANTHONY E. RAMOS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Case No.: | 06-1941 (RMU) |
| | : | | |
| v. | : | Document No.: | 15 |
| | : | | |
| UNITED STATES DEPARTMENT OF JUSTICE *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

# ORDER

### GRANTING THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; DENYING ALL OTHER MOTIONS AS MOOT

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 7th day of March 2008, it is hereby

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that all remaining motions are hereby **DENIED as moot.**

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge