UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

    Petitioner,

vs.

                      Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

RECEIVED
APR 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PETITIONER'S MOTION FOR CLARIFICATION OF MINUTE ORDER OF APRIL 14, 2008

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Motion for Clarification of Minute Order of April 14, 2008, and states:

1. This Court entered a Minute Order on April 14, 2008.

2. The Order indicates that it is an order striking the Petitoner's Motion for Summary Judgment and Motion to Vacate. The Order recites that the Motion to Vacate is the same as the pending Motion to Vacate. It is not. The Motion for Summary Judgment is new, and the caption of a motion to vacate merely supplements the existing Motion to Vacate.

3. At the same time, the Petitioner filed a Reply to the Respondents' Opposition to the original motion to vacate.

4. The Petitioner therefore, believes that the original motion to vacate and to abate remains pending, and seeks entry of an order granting that motion.

WHEREFORE, the Petitioner requests the entry of an order granting his motion for clarification.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of April, 2008, the original and one copy of the foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

Anthony E. Ramos