UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

    Petitioner,

vs.                                          Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

## PETITIONER'S MOTION FOR EXTENSION OF TIME TO COMPY WITH ORDER GRANTING MOTION FOR CLARIFICATION

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Motion for Extension of Time to Comply with Order Granting Motion for Clarification, and states:

1. On April 25, 2008, this Court entered an Order granting Petitioner's Motion for Clarification.

2. Although the Order imposes no specific time frame in which to comply with same, Petitioner anticipates that this Court would expect compliance within a reasonable time.

3. The Petitioner continues to appear pro se, and as indicated previously, works various hours, and further as indicated, is currently involved in attempting to rehabilitate his career before the Florida Bar. This effort also involves the filing of pleadings, conducting research and discovery, and is otherwise time consuming.

4. The Petitioner, therefore, requests an extension of time until May 30, 2008, to comply with this Court's order.

5. Prior to filing this Motion the Petitioner contacted the Respondents, and Respondents have no objection to this Motion.

6. This motion is not being filed for purposes of delay, especially in light of the fact that it has been the Petitioner who has made numerous inquiries to have this matter expedited in the past.

WHEREFORE, the Petitioner requests the entry of an Order granting his Motion for Extension of Time.

RESPECTFULLY SUBMITTED,



_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of May, 2008, the original and one copy of the foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos