UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY E. RAMOS

    Petitioner,

vs.                                            Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

---

### PETITIONER'S RESPONSE TO MINUTE ORDER OF MAY 13, 2008

    COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this Response to Minute Order of May 13, 2008, and states:

    1. The Court apparently misread the Petitioner's motion for extension of time because, at no place in the motion does the Petitioner intimate or indicate that he seeks an extension of time which is beyond that which is set forth in Rule 60. Instead, the Petitioner was simply advising the Court that he would be filing his notice of compliance and his amended motion for reconsideration, as soon as possible. This was a purely administrative notice type motion. Not a big deal.

RESPECTFULLY SUBMITTED,



_____
Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA 22201
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of May, 2008, the original and one copy of the foregoing were mailed via U.S. mail to the clerk, and that a copy was mailed, via U.S. mail and emailed to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos