UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

    Petitioner,

vs.

Civil Action No.: 06 1941 (RMU)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

    Respondents.

---

## PRAECIPE OF PETITIONER

The Clerk of Court will kindly advise the Court that the Petitioner will file his notice of compliance and amended motion for reconsideration within twenty (20) days. The Petitioner is appearing pro se and due to a heavy work schedule, has not been able to complete the final editing of the document. This praecipe is not made for purposes of delay.

RESPECTFULLY SUBMITTED,

Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA
202-321-7969
tramos520@verizon.net

RECEIVED
JUN 0 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of June, 2008, the original and two copies of the foregoing were filed with the clerk, and that two copies were mailed, to: Robin M. Meriweather, Esquire, Assistant United States Attorney, 555 Fourth Street, NW, Washington, DC 20530

_____
Anthony E. Ramos