LET THIS BE FILED
DATE: 6/10/09
JUDGE RICARDO M. URBINA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

      Petitioner,

vs.                                                      Civil Action No.: 06 1941 (RMO)

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW and UNITED STATES
CITIZENSHIP AND IMMIGRATION
SERVICE BOARD OF IMMIGRATION
APPEALS

      Respondents.

## PETITIONER'S UNOPPOSED MOTION FOR RECUSAL

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files this motion for recusal, and states:

1. On May 1, 2009, the Petitioner filed his Notice of Compliance with Local Rule 7 and with Rule 26 of the Federal Rules of Civil Procedure.

2. In the Notice, the Petitioner added to the certificate of mailing, all of the post-verdict attorneys who appeared in the case involving United States Senator Ted Stevens.

3. The Notice allowed thirty (30) days for the Respondents to file an objection, or not.

4. The Respondents filed no objection to this motion.

5. As the Petitioner's Motion to Vacate proves, this Court has been a willing participant in the masking of all attempts to bring forth the prosecutorial misconduct, corruption and fraud in this matter by the prosecutors.

6. What is more, this Court has taken every opportunity, when given the opportunity do so, to make untoward and disparaging comments about the Petitioner. This alone is not enough for recusal.

7. In addition, this Court has sustained every objection made by the government and granted every motion filed by the government. It has overruled every objection made by the Petitioner and denied every motion filed by the Petitioner. Adverse rulings alone are not a ground for recusal. In this matter, however, where the Petitioner practiced solely as a jury trial lawyer for all of the sixteen year of his legal career, this is simply an impossibility, and therefore, is a ground for recusal.

8. Even failing the above allegations, however, it is clear that, with the denial of even the basic trial components to the Petitioner, discovery and an evidentiary hearing, coupled with the retaliation and the other factors, this Court simply has not been, and cannot be fair to the Petitioner, as fairness is defined by the Court and the D.C. Bar in the *Stevens* matter.

5. The questions of prosecutorial misconduct, corruption and fraud simply must be corrected in order to restore the integrity of the rule of law and the system of justice. Were it otherwise, all cases would end up as has the Petitioner's case, with every time the Petitioner makes a successful legal argument, the government simply throws out a new theory and this court again bats down the Petitioner.

6. It is time for this court to step down from this matter.

WHEREFORE, the Petitioner requests the entry of an order granting his unopposed motion for recusal.

RESPECTFULLY SUBMITTED,



Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA
202-321-7969
tramos520@verizon.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of June, 2009, the original and two copies of the foregoing were filed with the clerk, and that two copies were mailed, via U.S. mail to:

Robin M. Meriweather, Esquire, Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

Paul M. O'Brien, Esquire,
Chief Narcotic and Dangerous Drug Section, Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC. 20530

David L. Jaffe, Esquire
Deputy Chief, Domestic Security Section
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC. 20530

William J. Stuckwisch, Esquire
Senior Trial Attorney
Fraud Section
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC. 20530

.

_____
Anthony E. Ramos