UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY E. RAMOS

    Petitioner,

vs.                                                      Civil Action No.: 06 1941 (RMU)

UNITED STATES DEPARTMENT OF
JUSTICE - EXECUTIVE OFFICE OF IMMIGRATION
REVIEW (EOIR) and UNITED STATES
DEPARTMENT OF JUSTICE - BOARD OF IMMIGRATION
APPEALS (BOA)

    Respondents.

## PETITIONER'S NOTICE OF CORRECTION OF STYLE

COMES NOW the Petitioner, Anthony E. Ramos, pro se, and files NOTICE OF CORRECTION OF STYLE, and states:

1. The Respondents correctly point out the correct style as to themselves.

2. In point of fact, USCIS, as with the Respondents, never had standing in this matter and therefore, never had any jurisdiction over the Petitioner.

3. The style as noted on this Notice, therefore, will serve as the Petitioner's stipulation to footnote 1 of the recent pleadings of the Respondents.



RECEIVED
JUL 0 6 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RESPECTFULLY SUBMITTED,



Anthony E. Ramos, pro se
1805 Key Blvd.
Apt. 513
Arlington, VA
202-321-7969
tramos520@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of July, 2009, the original and two copies of the foregoing were filed with the clerk, and that two copies were mailed, via U.S. mail to:

Robin M. Meriweather, Esquire, Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530

Paul M. O'Brien, Esquire,
Chief Narcotic and Dangerous Drug Section, Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC. 20530

David L. Jaffe, Esquire
Deputy Chief, Domestic Security Section
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC. 20530

William J. Stuckwisch, Esquire
Senior Trial Attorney
Fraud Section
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC. 20530



Anthony E. Ramos

2